UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:                                                         CASE NUMBER 07-70370
    Alma Energy, LLC

# US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 1/10/2008                                                TIME: 02:15

APPEARANCES:
    Hanrahan, Philip
    Gartland, Michael
    Gardner, James
    Galyon, Erica
    Kennedy, Ellen
    Snyder, Paul
    Wood, Michael
    Francisco, Troy

ISSUE:

| | | |
|---|---|---|
| 184 | 12/20/2007 | Motion to Compromise Controversy under Rule 9019 with Defendants in Adversary No 07-7025 with the exception of Tony Gannacone III and Defendants in Adversary Number 07-7033, filed by Alma Energy, LLC, and Motion to Approve Settlement Agreement, filed by Alma Energy, LLC.  (Snyder, Paul) |

DISPOSITION:
    Cont

JUDGE'S NOTES:

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Thursday, January 10, 2008
(gwp)**