UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ALMA ENERGY, LLC

DEBTOR

CASE NO. 07-70370
CHAPTER 11

**ADDITIONAL CLARIFICATION OF SUPPLEMENT TO MOTION OF
ALMA ENERGY, LLC, DEBTOR-IN-POSSESSION, FOR
ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDING
NUMBERS 07-7025 AND 07-7032 AND RELATED LITIGATION [DOC. NO. 184]**

At the request of the Office of the United States Trustee, the Debtor offers the following clarification of the Motion to Approve the Settlement Agreement (Docket #184) and the Supplement thereto (Docket #202):

**I. THE CLAIMS BEING RELEASED BY THE SETTLEMENT AGREEMENT**

*Claims to be released in the so-called "MD Action"*

10. On May 22, 2007, KCVI filed a Complaint with the United States District Court for the District of Maryland (the "Maryland Court"), which filing commenced an action styled as *Kentucky Coal Venture I, LLC v. Alma Energy, LLC, et al.*, Case No. 8:07-cv-01339-AW (the "MD Action").

11. The Defendants in the MD Action are Alma, D. Williams, N. Williams and Nathan's Welding.

12. By the Complaint filed in the MD Action, KCVI asserted claims and causes of action against the Debtor, D. Williams, N. Williams and Nathan's Welding for: (i) breaching mining related agreements entered into between and among the parties in August 2006, February 2007 and April 2007 (collectively, the "Mining Agreements"); (ii) breach of fiduciary duty in

connection with certain obligations undertaken by one or more of the Defendants under the Mining Agreements; (iii) fraud and constructive fraud; and (iv) constructive trust.

13. By the Complaint and other documents filed in the MD Action, KCVI requested that the Maryland Court enter an affirmative injunction compelling Nathan's Welding to transfer two permits (Permit Nos. 898-4283 and 898-4314 (the "Permits")) to mine certain properties in which KCVI owns leasehold mineral interests.

14. Although the Defendants in the MD Action filed Answers, no counterclaim or third-party complaint was filed in said action.

15. If KCVI was successful in obtaining the permits it could adversely affect the rights of Alma to mine coal. If KCVI obtains a money judgment against N. Williams, it could execute against his ownership interest in Alma, take control of Alma, and effectively eliminate any possibility of reorganization and repayment of Alma's debts.

**ANY AND ALL CLAIMS THAT ANY PARTY HAD OR MAY HAVE HAD AGAINST ANOTHER PARTY IN THE MARYLAND ACTION ARE FULLY RELEASED BY THE SETTLEMENT AGREEMENT. THE DEBTOR HAD NO CLAIMS IN THE MARYLAND ACTION.**

*<u>Claims to be released in Adversary Proceeding No. 07-7025</u>*

16. On August 20, 2007, the Debtor filed with this Court a Complaint for Injunctive Relief, Sanctions, and Damages for Tortious Interference With Debtor's Business and for Additional Federal and State Related Violations, which commenced an action styled as *Alma Energy, LLC v. Kentucky Coal Venture I, LLC, et al.,* Adversary Proceeding No. 07-07025 (the "07-7025 Action").

17. On September 12, 2007, the Debtor filed in the 07-7025 Action a First Amended

2

Complaint for Injunctive Relief, Sanctions, and Damages for Tortious Interference With Debtor's Business and for Additional Federal and State Related Violations (the "07-7025 Complaint").

18. The Defendants in the 07-7025 Action were KCVI, KCVII, THC, WVCVI, KWV Operations, W. Halle and Adamson (collectively, the "Halle Related Parties"), and Tony Gannacone, III ("Gannacone").

19. By the 07-7025 Complaint, the Debtor asserted claims and causes of action against the Halle Related Parties and Gannacone for:

| | | |
|---|---|---|
| Count I | - | breach of one or more of the Mining Agreements |
| Count II | - | breach of the duty to act in good faith |
| Count III | - | unjust enrichment for withholding funds due and payable to the Debtor under one or more of the Mining Agreements |
| Count IV | - | intentional interference with the Debtor's contractual relations with third parties |
| Count V | - | intentional interference with the Debtor's management team, business opportunities and employees, fraud in connection therewith, and economic coercion, which caused the Debtor to enter into agreements for less than adequate consideration |
| Count VI | - | reformation of the initial mining related agreements entered into in August 2006 |
| Count VII | - | trade disparagement |
| Count VIII | - | actual fraud, constructive fraud, and fraud in the inducement |
| Count IX | - | avoidance of preferential transfers |
| Count X | - | avoidance of fraudulent transfers |
| Count XI | - | avoidance of fraudulent transfers |
| Count XII | - | avoidance of fraudulent transfers |
| Count XIII | - | avoidance of fraudulent transfers |
| Count XIV | - | avoidance of fraudulent transfers |
| Count XV | - | avoidance of fraudulent transfers |
| Count XVI | - | avoidance of one or more agreements dated February 16, 2007 executed by the Debtor under the Kentucky statute of frauds |
| Count XVII | - | declaration that Adamson and Gannacone are personally liable to the Debtor for actions taken in their corporate representative capacities |
| Count XVIII | - | declaration that W. Halle is personally liable to the Debtor |

3

|            |   | for actions taken in a corporate representative capacity |
|---|---|---|
| Count XIX  | - | piercing the corporate veil of one or more of the Halle Related Parties |
| Count XX   | - | request for compensatory damages, punitive damages, appropriate injunctive relief, and attorney's fees |

20. All Defendants in the 07-7025 Action filed timely answers by which they denied the material allegations contained in the 07-7025 Complaint and denied any liability to the Debtor.

21. By Order dated January 15, 2007 [Doc. No. 61], the Court dismissed the 07-7025 Complaint as against Gannacone with prejudice.

**ANY AND ALL CLAIMS THAT ANY PARTY HAD OR MAY HAVE HAD AGAINST ANOTHER PARTY IN THE 07-7025 ACTION ARE FULLY RELEASED BY THE SETTLEMENT AGREEMENT.**

*Claims to be released in Adversary Proceeding No. 07-7032*

22. On September 27, 2007, the Debtor filed with the Court a Complaint for Intentional Violations of Automatic Stay [Doc. No. 1] (the "07-7032 Complaint"), which filing commenced an action styled as *Alma Energy, LLC v. Kentucky Coal Venture I, LLC, et al.*, Adversary Proceeding No. 07-07032 (the "07-7032 Action"). W. Halle and KCVI are the only Defendants in the 07-7032 Action.

23. The 07-7032 Complaint primarily alleges automatic stay violations by W. Halle and KCVI in this Chapter 11 case, with reference to similar actions taken in the Debtor's former 11 case, Case No. 07-70258, which case was filed on June 1, 2007 and dismissed by Order dated August 3, 2007 [Doc. No. 79].

4

24. On October 25, 2007, W. Halle and KCVI filed an Answer to the 07-7032 Complaint, by which they denied the material allegations contained therein and denied any liability to the Debtor.

**ANY AND ALL CLAIMS THAT ANY PARTY HAD OR MAY HAVE HAD AGAINST ANOTHER PARTY IN THE** 07-7032 **ACTION ARE FULLY RELEASED BY THE SETTLEMENT AGREEMENT.**

*Claims to be released in the Pike Action*

25. On February 16, 2007, the Debtor executed and delivered to THC an Installment Promissory Note dated February 16, 2007 in the original principal amount of $160,000.00 (the "160,000 Note").

26. By a Personal Guaranty dated February 16, 2007 (the "Guaranty"), N. Williams (the Debtor's sole member and then Manager) unconditionally guaranteed the Debtor's obligations under the $160,000 Note.

27. To secure the Guaranty, N. Williams executed and delivered to THC a Mortgage dated February 16, 2007 (the "Mortgage"), by which he gave THC a mortgage on a residence he owns located at 59 Davis Branch, Stone, Kentucky 41657.

28. The Mortgage was recorded with the Pike County Clerk's Office in Mortgage Book 718, Page 97.

29. All obligations under the $160,000 Note were due and payable on January 15, 2007. The Debtor failed to pay all amounts due under the $160,000 Note by the aforementioned maturity date or thereafter.

30. In late August or early September 2007, THC filed with the Pike Circuit Court a Complaint against N. Williams for breach of the Guaranty and foreclosure of the Mortgage,

5

which filing commenced an action styled as *THC Kentucky Coal Venture I, LLC v. Nathan Williams, et al.*, Action No. 07-CI-00910 (the "Pike Action").

31. On October 3, 2007, N. Williams filed in the Pike Action a Counterclaim against THC and a Third-Party Complaint against W. Halle.

32. The allegations contained in the Third-Party Complaint by N. Williams contain many of the same allegations by Alma contained in the 07-7025 Complaint filed with this Court.

33. By the Counterclaim and Third-Party Complaint, N. Williams asserted claims and alleged causes of action against W. Halle and THC for: (i) intentional interference with contractual relations; (ii) engaging in a pattern of conduct designed to defraud N. Williams; (iii) conspiracy to defraud; (iv) deprivation of income from the Debtor; and (v) fraud in the inducement in connection with the Mining Agreements.  In the Pike Action, N. Williams seeks an award of compensatory and punitive damages.

34. N. Williams has not effectuated service of a Summons or the Third-Party Complaint upon W. Halle.

35. On October 3, 2007, D. Williams filed in the same Pike Action an Intervening Complaint against W. Halle.  W. Halle has not been served with a Summons or the Intervening Complaint.

36. By the Intervening Complaint, D. Williams adopted the allegations contained in the Counterclaim and Third-Party Complaint filed by N. Williams in the Pike Action, and asserted claims against W. Halle for tortious interference with business opportunities and fraud in the inducement, and requested an award of compensatory and punitive damages.

**ANY AND ALL CLAIMS THAT ANY PARTY HAD OR MAY HAVE HAD AGAINST ANOTHER PARTY IN THE PIKE COUNTY ACTION ARE RELEASED BY**

6

**THE SETTLEMENT AGREEMENT. THE DEBTOR WAS NOT A PARTY AND HAD NO CLAIMS IN THE PIKE ACTION.**

*<u>Claims to be released against Shelton and Pruitt</u>*

37. In the Debtor's prior Chapter 11 case (Case No. 07-70258), the Debtor filed an Application to Employ Attorney Under General Retainer [Doc. No. 32] (the "Application"), by which the Debtor sought to employ Pruitt as its bankruptcy counsel.

38. KCVI filed an Objection to the Application [Doc. No. 39] (the "Objection"), wherein it argued that Pruitt had a conflict of interest and was not a "disinterested person" within the meaning of 11 U.S.C. § 327(a), and advised the Court that KCVI believed that it has claims and causes of action against Pruitt for participating with the Debtor, Nathan's Welding and the Williamses in a scheme to defraud KCVI. KCVI further informed the Court that it was seriously considering bringing Pruitt into the MD Action as a Defendant. Pruitt vigorously denied these claims.

39. Upon information and belief, after the Objection was filed, D. Williams advised the Debtor that D. Williams believed that he had claims and causes of action against Shelton for conflict of interest in regard to representation of multiple parties in interest, including KCVI and Alma, and for participating with KCVI and W. Halle in a scheme to defraud Alma, and D. and N. Williams. Shelton vigorously denied these claims.

40. By the Settlement Agreement, all parties to the 07-7025 Action, the 07-7032 Action, the MD Action and the Pike Action are releasing all claims and causes of action against one another. The parties to the Settlement Agreement are also releasing all claims against Shelton and Pruitt.

7

**ANY AND ALL CLAIMS THAT ANY PARTY HAD OR MAY HAVE HAD AGAINST PRUITT AND SHELTON ARE FULLY RELEASED BY THE SETTLEMENT AGREEMENT. NEITHER PRUITT NOR SHELTON HAD OR HAVE ANY CLAIMS AGAINST THE DEBTOR.**

**THE MUTUAL RELEASE OF CLAIMS IN THE ABOVE DESCRIBED ACTIONS DOES NOT AFFECT CLAIMS FILED IN BANKRUPTCY CASE 07-70370.**

**CLAIMS OF THE PARTIES IN BANKRUPTCY CASE 07-70370 THAT ARE AFFECTED BY THE SETTLEMENT AGREEMENT ARE AS FOLLOWS:**

**Under the terms of the Settlement Agreement the Debtor is required to take all reasonable steps to determine the allowability and validity of all claims filed in the Chapter 11 case. As part of the Settlement Agreement the Debtor determined the allowability and validity of certain claims, the allowability and validity of which it declared in the Settlement Proceedings. The determination by the Debtor of the allowability and validity of those claims was memorialized in, and made a part of, the Settlement Agreement. Other than the Debtor and named parties which have made independent determinations of the allowability and validity of certain claims as stated in the Settlement Agreement, ANY AND ALL PARTIES-IN-INTEREST MAY, PURSUANT TO TITLE 11 OF THE UNITED STATES CODE, FILE AN OBJECTION TO ANY CLAIM FILED IN BANKRUPTCY CASE 07-70370. OTHER THAN THE PARTIES TO THE SETTLEMENT AGREEMENT, THE SETTLEMENT AGREEMENT DOES NOT, AND ANY ORDER APPROVING THE SETTLEMENT AGREEMENT SHALL NOT, RESTRICT THE RIGHT OF ANY PARTY-IN-INTEREST TO FILE AN OBJECTION TO ANY CLAIM FILED IN BANKRUPTCY CASE 07-70370.**

**Under the terms of the Settlement Agreement the following Parties-In-Interest declared their determination of the allowability and validity of the following claims:**

**Kentucky Coal Venture I, LLC, (KCVI) will withdraw the Proof of Claims (Claim No. 1-1, as amended by Claim No. 1-2) that it filed in 07-70370, except to the extent that THC Kentucky Coal Venture 1, LLC, (THC) or its designee is given title to the following items securing the Claims of Kentucky Coal Venture I, LLC - batteries; one D-9 dozer; one DB 25 and one DB 30 rock truck, and one scoop, all of which personal property is currently located at Glen Alum, and one 980-B loader and one 988-A loader currently located at Netley Mines. All said items are security for the claim of Kentucky Coal Venture I, LLC, (Claim No. 1-1, as amended by Claim No. 1-2) on which Kentucky Coal Venture I, LLC, holds a first lien. The Debtor has determined that the claim as amended is a valid and allowable secured claim in an amount equal to or in excess of the value of said property.**

**Nathan Williams or his designee shall be provided title to the following equipment from THC or its designee, NOT from the Debtor - one of the DB rock trucks (at THC's choice), one scoop, the 980-B loader, the 988-A loader. THC or its designee will retain all other equipment in which KCVI has an interest. The "all other equipment" in which "KCVI has an interest" refers solely to the batteries; one D-9 dozer; one DB 25 and one DB 30 rock truck, and one scoop, one 980-B loader, and one 988-A loader designated in the Settlement Agreement which are transferred to THC by the Debtor and which are not thereafter transferred by THC to Nathan Williams.**

**The Debtor agrees and declared that the Proof of Claim (Claim Number 11) filed by Halle in this Chapter 11 case with respect to an Installment Promissory Note dated December 15, 2006 in the original principal amount of $125,000.00 and the Proof of Claim**

9

**(Claim No. 10) filed by THC in this Chapter 11 case with respect to an Installment Promissory Note dated February 16, 2007 in the original principal amount of $160,000 are valid and allowable in full as provided in the Settlement Agreement.**

**Neither the Williamses nor Nathan's Welding shall file an objection to Claims Nos. 10 and 11 (the "Proofs of Claims"), nor shall they encourage or solicit any other creditor of the Debtor or party in interest to file any such objection. The Settlement Agreement DOES NOT PURPORT to restrict the right of the Bankruptcy Court to adjudicate any objection to the Proofs of Claims filed by persons other than the Williamses or Nathan's Welding.**

**Nathan Williams will be allowed to pursue his claim for $500,000.00 (Claim No. 18) filed in the Chapter 11 case without objection by the Debtor, Halle or any Halle-related entity. All other claims of Nathan's Welding, Nathan Williams and Darrell K. Williams shall be withdrawn from this Chapter 11 case with prejudice.**

**AGAIN - OTHER THAN THE PARTIES TO THE SETTLEMENT AGREEMENT WHO HAVE ALREADY DETERMINED THE VALIDITY AND ALLOWABILITY OF CERTAIN CLAIMS, AND BASED ON THAT DETERMINATION DECLARED THEIR INTENTION AS PART OF THE SETTLEMENT AGREEMENT TO WITHDRAW CERTAIN CLAIMS AND NOT TO OBJECT TO OTHER CLAIMS, THE SETTLEMENT AGREEMENT DOES NOT, AND ANY ORDER APPROVING THE SETTLEMENT AGREEMENT SHALL NOT, RESTRICT THE RIGHT OF ANY PARTY-IN-INTEREST TO FILE AN OBJECTION TO ANY CLAIM FILED IN BANKRUPTCY CASE 07-70370.**

**II. MONETARY SETTLEMENT OF THE PIKE ACTION**

10

THC agrees to pay $120,000.00 to the IOLTA trust account of the Law Offices of E. David Hoskins, LLC.  E. David Hoskins, Esq. is counsel for D. Williams, N. Williams and Nathan's Welding in the MD Action.  The parties to the Pike Action have agreed to dismiss such action with prejudice and without costs, and THC has agreed to forebear from enforcing a $160,000 Note and to discharge a Mortgage against N. Williams property. **THE DEBTOR IS NOT A PARTY TO THE PIKE ACTION.**

**THE TERMS OF THE SETTLEMENT AGREEMENT DO NOT REQUIRE, OR OTHERWISE PROVIDE, THAT THE DEBTOR RECEIVE ANY PORTION OF, OR OTHER BENEFIT FROM, THE $120,000.00 PAID BY KCVI OR THC TO DARRELL WILLIAMS, NATHAN WILLIAMS, and/or NATHAN'S WELDING LLC THROUGH THE TRUST ACCOUNT OF D. HOSHKINS. DARRELL WILLIAMS HAS PROVIDED GUARDS FOR ALMA MINE SITES SINCE DECEMBER 9, 2007, AT THE APPROXIMATE COST OF $2500 PER WEEK. HOWEVER IN EVALUATING THE SETTLEMENT AGREEMENT IT SHOULD NOT BE ASSUMED THAT ANY PORTION OF THE $120,000.00 PAID TO DARRELL WILLIAMS, NATHAN WILLIAMS, and/or NATHAN'S WELDING LLC. BENEFITS THE DEBTOR IN ANY WAY.**

> Respectfully submitted,
>
> /s/ Paul Stewart Snyder
> Paul Stewart Snyder, Esq.
> P.O. Box 1067
> Ashland, KY  41105
> Telephone:  (606) 325-5555
> E-mail:     ps@ws5.com
> ATTORNEY FOR ALMA ENERGY, LLC

## **CERTIFICATE OF SERVICE**

      The above document was electronically filed and served via the Court's ECF System on February 5, 2008,. The above document was also served on February 6, 2008, by first class U.S. mail, postage fully prepaid, on all parties set forth on the attached mailing matrix who do not receive service via the Court's ECF System.

      /s/ Paul Stewart Snyder  
      Paul Stewart Snyder, Esq.  
      ATTORNEY FOR ALMA ENERGY, LLC

```
Label Matrix for local noticing          Alma Energy, LLC                         BSD1, LLC
0643-7                                   59 Davis Branch                          C/O James W. Gardner, Esq.
Case 07-70370-wsh                        Stone, KY 41567-7032                     401 W. Main Street, Suite 314
Eastern District of Kentucky                                                      Lexington, KY 40507-1646
Pikeville
Sun Dec  2 22:26:14 EST 2007

Consol Capital, LLC                      Netley Branch Coal Co                    Pocahontas Land Corporation
c/o Fowler Measle & Bell PLLC            Gess Mattingly & Atchison, P.S.C.        Steptoe & Johnson PLLC
300 West Vine Street                     c/o John Hamilton                        Post Office Box 1588
Suite 300                                201  West Short Street                   Charleston, WV 25326-1588
Lexington, KY 40507-1807                 Lexington, KY 40507-1269


West River Machinery                     Pikeville Office                         AFR REPAIR
Stites & Harbison, PLLC                  US Bankruptcy Court                      11945 N BIG CREEK RD
250 West Main Street                     100 E Vine St #200                       HAITFIELD KY 41514-9010
Suite 2300                               Lexington, KY 40507-1451
Lexington, KY 40507-1758


AMERICAN ELECTRIC POWER                  AMERICAN ELECTRIC POWER COMPANY          APOGEE ENVIRONMENTAL CONSULTANTS INC
PO BOX 2021                              P.O. BOX 24410                           C/O JOEL BEVERLY
ROANOKE, VA 24022-2121                   CANTON, OH 44701-4410                    PO BOX 338
                                                                                  ERMINE KY 41815-0338



BELL SOUTH                               BLACK GOLD                               COAL TRADE LLC
P.O. BOX 1857                            410 WINTERHAM DRIVE                      C/O THOMAS W DIETRICH
ALPHARETTA, GA 30023-1857                ABINGTON, VA 24211-3802                  701 MARKET ST STE 600
                                                                                  ST LOUIS MO 63101-1826



(p)CONSOL CAPITAL LLC                    DALE FOARD                               DALE FORD
1200 N FEDERAL HIGHWAY                   1606 MORNING BROOK COURT                 3603 GWYNN OAK AVE.
STE 200                                  FOREST HILLS, MARYLAND 21050-2630        BALTIMORE, MD 21207-7632
BOCA RATON FL 33432-2813



DARRELL WILLIAMS                         DETROIT EDISON ENERGY                    ENVIRONMENTAL DESIGN
P.O. BOX 895                             414 S. MAIN STREET, STE 600              43 VILLAGE STREET
BELFRY, KY 41514-0895                    ANN ARBOR, MI 48104-2398                 PIKEVILLE, KY 41501-3266



HAPPY TRUCKING                           HIGHLANDS MACHINERY                      INFINITY DEVELOPMENT GROUP
P.O. BOX 71                              96 LAMPLIGHTER STREET                    500 GULF STREAM BLVD.
MCCARR, KY 41544-0071                    OAK HILL, VA 25901-9512                  DEL RAY BEACH, FL 33483-6144



INTERNAL REVENUE SERVICE                 (p)INTERNAL REVENUE SERVICE              J.B. ROULETT
600 DR M L KING JR PL STE 651            CENTRALIZED INSOLVENCY OPERATIONS        C/O STITES & HARBISON, PLLC
STOP MDP 510                             PO BOX 21126                             250 WEST MAIN STREET, SUITE 2300
LOUISVILLE KY 40202-2276                 PHILADELPHIA PA 19114-0326               LEXINGTON, KY 40507-1735


JB ROULETT                               JERRY ROULETT                            (c)JOE GARY STREET
PO BOX 497                               HC 67, BOX 75                            2753 DRY FORK RD
VANSANT VA 24656-0497                    VANSANT, VA 24656                        VANSANT VA 24656-9405
```

| | | |
|---|---|---|
| JOE STREET<br>HC 67, BOX 75<br>VANSANT, VA 24656 | K&W METALS, INC<br>1803 STRATTON FORK RD<br>CANADA KY 41519-8327 | KENTUCKY COAL VENTURE I, LLC<br>C/O MICHAEL J. GARTLAND, ESQ.<br>WISE DELCOTTO PLLC<br>200 NORTH UPPER STREET<br>LEXINGTON, KY 40507-1017 |
| KENTUCKY COAL VENTURE I, LLC<br>C/O WARREN HALLE<br>2900 LINDIN LANE<br>SILVER SPRINGS, MD 20910-1265 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>ATTN: LEANNE WARREN<br>P. O. BOX 5222<br>FRANKFORT, KY 40602-5222 | KENTUCKY STATE TREASURER<br>DEPARTMENT OF REVENUE<br>FRANKFORT, KY 40620-0001 |
| LITTLE TY<br>500 CALLAWAY ROAD<br>RANSOM, KY 41558 | LITTLE TY COAL COMPANY, INC.<br>PO BOX 362<br>LENORE WV 25676-0362 | MARTIN COUNTY COAL<br>P.O. BOX 830<br>BELFRY, KY 41514-0830 |
| MINE POWER SERVICES<br>P.O. BOX 578<br>BEAVER, WV 25813-0578 | NATHAN WILLIAMS<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 | NATHAN'S WELDING, LLC<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 |
| NETLEY BRANCH COAL COMPANY, INC.<br>59 DAVIS BRANCH<br>STONE KY 41567-7032 | NEW HAUL CONTRACTING<br>P.O. BOX 87<br>BORDERLAND, WV 25665-0087 | OFFICE OF SURFACE MINING<br>2675 REGENCY ROAD<br>LEXINGTON, KY 40503-2922 |
| OFFICE OF SURFACE MINING<br>DIV OF COMPLIANCE MANAGEMENT<br>PO BOX 360095M<br>PITTSBURGH PA 15251 | PEABODY COAL TRADE<br>P.O. BOX 68<br>KENOVA, WV 25530-0068 | PIKE TECH SERVICES<br>183 TOLLAGE ROAD<br>PIKEVILLE, KY 41501-3326 |
| POCAHONTAS DEVELOPMENT CORPORATION<br>STEVE HOPTA<br>P O BOX 1517<br>BLUEFIELD, WV 24701-1517 | POCAHONTAS LAND CORPORATION<br>ARTHUR M. STANDISH, ESQ.<br>P. O. BOX 1588<br>CHARLESTON, WV 25326-1588 | POCAHONTAS LAND MINERAL ROYALTIES<br>P.O. BOX 1517<br>BLUEFIELD, WV 24701-1517 |
| POND CREEK TRUCKING<br>P.O. BOX 1020<br>BELFRY, KY 41514-1020 | RAMA DEVELOPMENT<br>RT. 3, BOX 706<br>DELBARTON, WV 25670-9666 | ROGER'S PETROLEUM<br>P.O. BOX 162<br>PIKEVILLE, KY 41502-0162 |
| ROGERS PETROLEUM SERVICES INC<br>C/O COMBS & COMBS PSC<br>PO DRAWER 31<br>PIKEVILLE KY 41502-0031 | ROGERS PETROLEUM SERVICES, INC.<br>P. O. BOX 162<br>PIKEVILLE, KENTUCKY 41502-0162 | S&S WATER<br>4767 HIGHWAY 580<br>OIL SPRINGS, KY 41238 |
| SHARON FRANCIS<br>11945 N BIG CREEK RD<br>HATFIELD KY 41514-9010 | THC COAL VENTURE LLC<br>2900 LINDEN LANE<br>SILVER SPRING MD 20910-1265 | THE EQUIPMENT<br>LENORE WV 25676 |

```
TKT TRUCKING                        TONAWANDA COKE CORPORATION          U.S. Trustee
P.O. BOX 250                        BOX 5007                            100 E Vine St #500
CHESAPEAKE, OH 45619-0250           TONAWANDA, NY 14151-5007            Lexington, KY 40507-1441


UNITED STATES ATTORNEY              UNITED STATES ATTORNEY              US DEPARTMENT OF LABOR
FOR DEPARTMENT OF LABOR             FOR IRS                             MINE SAFETY AND HEALTH ADMINISTRATION
110 W VINE STREET STE 400           110 W VINE STREET STE 400           PO BOX 360250M
LEXINGTON KY 40507-1618             LEXINGTON KY 40507-1618             PITTSBURGH PA 15251


VIRGINIA DRILLING                   WARREN HALLE                        WEST RIVER MACHINERY
P.O. BOX 1198                       2900 LINDEN LANE                    HC 67 BOX 75
VANSANT, VA 24656-1198              SILVER SPRINGS, MD 20910-1265       OAKWOOD VA 24631-9613


WEST RIVER MACHINERY                WEST RIVER MACHINERY                Jerry Roulett
HCC 67, BOX 75                      STITES & HARBISON, PLLC             Stites & Harbison, PLLC
VANSANT, VA 24656                   250 WEST MAIN STREET, SUITE 2300    250 West Main Street
                                    LEXINGTON, KY 40507-1758            Suite 2300
                                                                        Lexington, KY 40507-1758


Joe Street                          Paul Stewart Snyder                 Sam Davis
Stites & Harbison, PLLC             PO Box 1067                         Gess Mattingly & Atchison, P.S.C.
250 West Main Street                Ashland, KY 41105-1067              c/o John T. Hamilton
Suite 2300                                                              201 West Short Street
Lexington, KY 40507-1758                                                Lexington, KY 40507-1269


Tony Gannacone, III                 William E. Detherage
c/o Fowler Measle & Bell PLLC       c/o James W. Gardner, Esq.
300 West Vine Street                HENRY WATZ GARDNER SELLARS & GARDNER, PL
Suite 600                           401 West Main Street, Suite 314
Lexington, KY 40507-1621            Lexington, KY 40507-1835
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CONSOL CAPITAL, LLC                 INTERNAL REVENUE SERVICE
23339 MIRABELLA CIRCLE              P.O. BOX 21126
NORTH BOCA RATON, FL 33433          PHILADELPHIA, PA 19114
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
JOE GARY STREET
ROUTE 2 BOX 647
VANSANT VA 24656
```