UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
THE HONORABLE William S. Howard

IN RE:                                                          CASE NUMBER 07-70370

   Alma Energy, LLC

## US BANKRUPTCY JUDGES MINUTES OF HEARING

DATE: 2/7/2008                                                  TIME: 03:00

APPEARANCES:
   Hanrahan, Philip
   Standish, Arthur
   Gardner, James
   Galyon, Erica
   Kennedy, Ellen
   Gartland, Michael
   Cave, Stan
   Snyder, Paul
   Fransico, Troy

ISSUE:

| | | |
|---|---|---|
| 184 | 12/20/2007 | Motion to Compromise Controversy under Rule 9019 with Defendants in Adversary No 07-7025 with the exception of Tony Gannacone III and Defendants in Adversary Number 07-7033, filed by Alma Energy, LLC, and Motion to Approve Settlement Agreement, filed by Alma Energy, LLC. (Snyder, Paul) |

DISPOSITION:
   Sus

JUDGE'S NOTES:

   order to ref 202 & 207 in addition to original filing;
   30 days to file plan; Snyder tso

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge
Dated: Thursday, February 07, 2008
(gwp)**