UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

**ALMA ENERGY, LLC**
DEBTOR                                                                                             **07-70370**
                                                                                                    CASE No.

<u>ORDER ON MOTION OF ALMA ENERGY LLC, DEBTOR-IN-POSSESSION
FOR ORDER APPROVING SETTLEMENT OF ADVERSARY PROCEEDING
NUMBERS 07-7032 AND 07-7025
CH 11</u>

This matter, having been heard by the Court on February 7, 2008, on the Motion of the Debtor-in-Possession, Alma Energy LLC, by counsel, for an Order approving inter-related settlements reached in Adversary Proceeding Nos. 07-7032 and 07-7025 (the "Adversary Proceedings"), pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure and Title 11 of the United States Code, the Court being fully advised, finds as follows:

Objections filed by the United States Trustee (Docket # 192); BSD1 LLC (Docket # 193); and on behalf of the Unsecured Creditor's Committee (Docket # 194) were withdrawn by the said parties at the hearing on this matter; and the objections of Jerry Roulett, Joe Street, and West River Machinery were withdrawn by Notice of Withdrawal filed herein (Docket # 208). No other Objections were filed or otherwise presented to the Court.

The settlements reached in the Adversary Proceedings are fair and reasonable, in the best interests of creditors, and fall well within the range of potential litigation outcomes.

The Motion for an Order approving the Settlement Agreement attached as Exhibit A to the Motion (Docket #184), as supplemented and interpreted by, and including the terms contained in, *Amended and Supplemental Motion to Approve* (Docket #202) and

Supplemental Document *Additional Clarification of Supplement to Motion to Compromise Controversy* (Docket #207), filed by Alma Energy, LLC, is **GRANTED**.

The Motion of the Debtor to reduce the time for Notice of the Continued Hearing is **GRANTED**.

The Debtor shall file with the Clerk a Motion to approve a Disclosure Statement and a proposed Plan of Reorganization within 30 days after the date of this Order.

Pursuant to Local Rule 9022-1(c), counsel for the debtor shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within ten (10) days hereof.

US Trustee

All parties that receive eservice

All parties shown on the attached mailing matrix that do not receive eservice.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*William S. Howard*
**Bankruptcy Judge**
**Dated: Friday, February 08, 2008**
**(wsh)**

```
Label Matrix for local noticing          Alma Energy, LLC                          BSD1, LLC
0643-7                                    59 Davis Branch                           C/O James W. Gardner, Esq.
Case 07-70370-wsh                         Stone, KY 41567-7032                      401 W. Main Street, Suite 314
Eastern District of Kentucky                                                        Lexington, KY 40507-1646
Pikeville
Sun Dec  2 22:26:14 EST 2007

Consol Capital, LLC                       Netley Branch Coal Co                     Pocahontas Land Corporation
c/o Fowler Measle & Bell PLLC             Gess Mattingly & Atchison, P.S.C.         Steptoe & Johnson PLLC
300 West Vine Street                      c/o John Hamilton                         Post Office Box 1588
Suite 300                                 201  West Short Street                    Charleston, WV 25326-1588
Lexington, KY 40507-1807                  Lexington, KY 40507-1269

West River Machinery                      Pikeville Office                          AFR REPAIR
Stites & Harbison, PLLC                   US Bankruptcy Court                       11945 N BIG CREEK RD
250 West Main Street                      100 E Vine St #200                        HAITFIELD KY 41514-9010
Suite 2300                                Lexington, KY 40507-1451
Lexington, KY 40507-1758

AMERICAN ELECTRIC POWER                   AMERICAN ELECTRIC POWER COMPANY           APOGEE ENVIRONMENTAL CONSULTANTS INC
PO BOX 2021                               P.O. BOX 24410                            C/O JOEL BEVERLY
ROANOKE, VA 24022-2121                    CANTON, OH 44701-4410                     PO BOX 338
                                                                                    ERMINE KY 41815-0338

BELL SOUTH                                BLACK GOLD                                COAL TRADE LLC
P.O. BOX 1857                             410 WINTERHAM DRIVE                       C/O THOMAS W DIETRICH
ALPHARETTA, GA 30023-1857                 ABINGTON, VA 24211-3802                   701 MARKET ST STE 600
                                                                                    ST LOUIS MO 63101-1826

(p)CONSOL CAPITAL LLC                     DALE FOARD                                DALE FORD
1200 N FEDERAL HIGHWAY                    1606 MORNING BROOK COURT                  3603 GWYNN OAK AVE.
STE 200                                   FOREST HILLS, MARYLAND 21050-2630         BALTIMORE, MD 21207-7632
BOCA RATON FL 33432-2813

DARRELL WILLIAMS                          DETROIT EDISON ENERGY                     ENVIRONMENTAL DESIGN
P.O. BOX 895                              414 S. MAIN STREET, STE 600               43 VILLAGE STREET
BELFRY, KY 41514-0895                     ANN ARBOR, MI 48104-2398                  PIKEVILLE, KY 41501-3266

HAPPY TRUCKING                            HIGHLANDS MACHINERY                       INFINITY DEVELOPMENT GROUP
P.O. BOX 71                               96 LAMPLIGHTER STREET                     500 GULF STREAM BLVD.
MCCARR, KY 41544-0071                     OAK HILL, VA 25901-9512                   DEL RAY BEACH, FL 33483-6144

INTERNAL REVENUE SERVICE                  (p)INTERNAL REVENUE SERVICE               J.B. ROULETT
600 DR M L KING JR PL STE 651             CENTRALIZED INSOLVENCY OPERATIONS         C/O STITES & HARBISON, PLLC
STOP MDP 510                              PO BOX 21126                              250 WEST MAIN STREET, SUITE 2300
LOUISVILLE KY 40202-2276                  PHILADELPHIA PA 19114-0326                LEXINGTON, KY 40507-1735

JB ROULETT                                JERRY ROULETT                             (c)JOE GARY STREET
PO BOX 497                                HC 67, BOX 75                             2753 DRY FORK RD
VANSANT VA 24656-0497                     VANSANT, VA 24656                         VANSANT VA  24656-9405
```

| | | |
|---|---|---|
| JOE STREET<br>HC 67, BOX 75<br>VANSANT, VA 24656 | K&W METALS, INC<br>1803 STRATTON FORK RD<br>CANADA KY 41519-8327 | KENTUCKY COAL VENTURE I, LLC<br>C/O MICHAEL J. GARTLAND, ESQ.<br>WISE DELCOTTO PLLC<br>200 NORTH UPPER STREET<br>LEXINGTON, KY 40507-1017 |
| KENTUCKY COAL VENTURE I, LLC<br>C/O WARREN HALLE<br>2900 LINDIN LANE<br>SILVER SPRINGS, MD 20910-1265 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>ATTN: LEANNE WARREN<br>P. O. BOX 5222<br>FRANKFORT, KY 40602-5222 | KENTUCKY STATE TREASURER<br>DEPARTMENT OF REVENUE<br>FRANKFORT, KY 40620-0001 |
| LITTLE TY<br>500 CALLAWAY ROAD<br>RANSOM, KY 41558 | LITTLE TY COAL COMPANY, INC.<br>PO BOX 362<br>LENORE WV 25676-0362 | MARTIN COUNTY COAL<br>P.O. BOX 830<br>BELFRY, KY 41514-0830 |
| MINE POWER SERVICES<br>P.O. BOX 578<br>BEAVER, WV 25813-0578 | NATHAN WILLIAMS<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 | NATHAN'S WELDING, LLC<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 |
| NETLEY BRANCH COAL COMPANY, INC.<br>59 DAVIS BRANCH<br>STONE KY 41567-7032 | NEW HAUL CONTRACTING<br>P.O. BOX 87<br>BORDERLAND, WV 25665-0087 | OFFICE OF SURFACE MINING<br>2675 REGENCY ROAD<br>LEXINGTON, KY 40503-2922 |
| OFFICE OF SURFACE MINING<br>DIV OF COMPLIANCE MANAGEMENT<br>PO BOX 360095M<br>PITTSBURGH PA 15251 | PEABODY COAL TRADE<br>P.O. BOX 68<br>KENOVA, WV 25530-0068 | PIKE TECH SERVICES<br>183 TOLLAGE ROAD<br>PIKEVILLE, KY 41501-3326 |
| POCAHONTAS DEVELOPMENT CORPORATION<br>STEVE HOPTA<br>P O BOX 1517<br>BLUEFIELD, WV 24701-1517 | POCAHONTAS LAND CORPORATION<br>ARTHUR M. STANDISH, ESQ.<br>P. O. BOX 1588<br>CHARLESTON, WV 25326-1588 | POCAHONTAS LAND MINERAL ROYALTIES<br>P.O. BOX 1517<br>BLUEFIELD, WV 24701-1517 |
| POND CREEK TRUCKING<br>P.O. BOX 1020<br>BELFRY, KY 41514-1020 | RAMA DEVELOPMENT<br>RT. 3, BOX 706<br>DELBARTON, WV 25670-9666 | ROGER'S PETROLEUM<br>P.O. BOX 162<br>PIKEVILLE, KY 41502-0162 |
| ROGERS PETROLEUM SERVICES INC<br>C/O COMBS & COMBS PSC<br>PO DRAWER 31<br>PIKEVILLE KY 41502-0031 | ROGERS PETROLEUM SERVICES, INC.<br>P. O. BOX 162<br>PIKEVILLE, KENTUCKY 41502-0162 | S&S WATER<br>4767 HIGHWAY 580<br>OIL SPRINGS, KY 41238 |
| SHARON FRANCIS<br>11945 N BIG CREEK RD<br>HATFIELD KY 41514-9010 | THC COAL VENTURE LLC<br>2900 LINDEN LANE<br>SILVER SPRING MD 20910-1265 | THE EQUIPMENT<br>LENORE WV 25676 |

```
TKT TRUCKING                        TONAWANDA COKE CORPORATION         U.S. Trustee
P.O. BOX 250                        BOX 5007                           100 E Vine St #500
CHESAPEAKE, OH 45619-0250           TONAWANDA, NY 14151-5007           Lexington, KY 40507-1441


UNITED STATES ATTORNEY              UNITED STATES ATTORNEY             US DEPARTMENT OF LABOR
FOR DEPARTMENT OF LABOR             FOR IRS                            MINE SAFETY AND HEALTH ADMINISTRATION
110 W VINE STREET STE 400           110 W VINE STREET STE 400          PO BOX 360250M
LEXINGTON KY 40507-1618             LEXINGTON KY 40507-1618            PITTSBURGH PA 15251


VIRGINIA DRILLING                   WARREN HALLE                       WEST RIVER MACHINERY
P.O. BOX 1198                       2900 LINDEN LANE                   HC 67 BOX 75
VANSANT, VA 24656-1198              SILVER SPRINGS, MD 20910-1265      OAKWOOD VA 24631-9613


WEST RIVER MACHINERY                WEST RIVER MACHINERY               Jerry Roulett
HCC 67, BOX 75                      STITES & HARBISON, PLLC            Stites & Harbison, PLLC
VANSANT, VA 24656                   250 WEST MAIN STREET, SUITE 2300   250 West Main Street
                                    LEXINGTON, KY 40507-1758           Suite 2300
                                                                       Lexington, KY 40507-1758


Joe Street                          Paul Stewart Snyder                Sam Davis
Stites & Harbison, PLLC             PO Box 1067                        Gess Mattingly & Atchison, P.S.C.
250 West Main Street                Ashland, KY 41105-1067             c/o John T. Hamilton
Suite 2300                                                             201 West Short Street
Lexington, KY 40507-1758                                               Lexington, KY 40507-1269


Tony Gannacone, III                 William E. Detherage
c/o Fowler Measle & Bell PLLC       c/o James W. Gardner, Esq.
300 West Vine Street                HENRY WATZ GARDNER SELLARS & GARDNER, PL
Suite 600                           401 West Main Street, Suite 314
Lexington, KY 40507-1621            Lexington, KY 40507-1835
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CONSOL CAPITAL, LLC                 INTERNAL REVENUE SERVICE
23339 MIRABELLA CIRCLE              P.O. BOX 21126
NORTH BOCA RATON, FL 33433          PHILADELPHIA, PA 19114
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
JOE GARY STREET
ROUTE 2 BOX 647
VANSANT VA 24656
```