**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:
ALMA ENERGY LLC
DEBTOR                                                    CASE NO. 07-70370

## MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES

## MOTION TO SHORTEN TIME TO BE HEARD

### Ch 11

Comes the Debtor-in-Possession, Alma Energy LLC, by counsel, and pursuant to Title 11 §105(2)(A) and §365(d)(4)(B) moves the Court for an additional 3 days from the current deadline of March 10, 2008, until Thursday, March 13, 2008, to assume or reject ALL LEASES AND EXECUTORY CONTRACTS, RECORDED AND UNRECORDED, including but not limited to Leases and Executory Contracts to which the following are parties:

POCAHONTAS LAND CORPORATION
STEPTOE & JOHNSON PLLC
POST OFFICE BOX 1588
CHARLESTON, WV 25326-1588

SAM DAVIS
GESS MATTINGLY & ATCHISON, P.S.C.
C/O JOHN T. HAMILTON
201 WEST SHORT STREET
LEXINGTON, KY 40507-1269

WEST RIVER MACHINERY
STITES & HARBISON, PLLC
250 WEST MAIN STREET, SUITE 2300
LEXINGTON, KY 40507-1758

THC COAL VENTURE LLC
2900 LINDEN LANE
SILVER SPRING MD 20910-1265

POCAHONTAS DEVELOPMENT CORPORATION
STEVE HOPTA
P O BOX 1517
BLUEFIELD, WV 24701-1517

PEABODY COAL TRADE
P.O. BOX 68
KENOVA, WV 25530-0068

NETLEY BRANCH COAL COMPANY, INC.
59 DAVIS BRANCH
STONE KY 41567-7032

NATHAN'S WELDING, LLC
59 DAVIS BRANCH ROAD
STONE, KY 41567-7032

MARTIN COUNTY COAL
P.O. BOX 830
BELFRY, KY 41514-0830

KENTUCKY COAL VENTURE I, LLC
C/O MICHAEL J. GARTLAND, ESQ.
WISE DELCOTTO PLLC
200 NORTH UPPER STREET
LEXINGTON, KY 40507-1017

CONSOL CAPITAL, LLC
23339 MIRABELLA CIRCLE
NORTH BOCA RATON, FL 33433

COAL TRADE LLC
C/O THOMAS W DIETRICH
701 MARKET ST STE 600
ST LOUIS MO 63101

DALE FOARD
1606 MORNING BROOK COURT
FOREST HILLS, MARYLAND 21050

  Said leases and executory contracts represent assets that have significant value to the bankruptcy estate and that are necessary for a successful reorganization.

  Any pre-petition and/or post-petition defaults under said leases and executory contracts shall be cured under the Debtor-in-Possessions plan of reorganization.

The Debtor-in-Possession further moves the Court to reduce the time for Notice of this Motion so that it may be heard on the March 6, 2008, at the hour of 2:00 pm.

NOTICE

Please take Notice that the foregoing will be brought on for hearing before the United States Bankruptcy Court, Eastern District Of Kentucky, on March 6, 2008, at the hour of 2:00 p.m., or as soon thereafter as the parties may be heard, in the U.S. Bankruptcy Courtroom (3rd floor), 100 East Vine St., Lexington, KY  40507.

      _/s/  Paul Stewart Snyder_____
      PAUL STEWART SNYDER
      Attorney for the Debtor-in-Possession
      P.O. Box 1067
      Ashland, Ky  41105-1067
      606 325-5555  ps@ws5.com

This is to certify that the foregoing has been served on the parties by the mailing or by eservice on or before March 4, 2008, of true and correct copies to all Creditors, Creditors Committee, and Parties of interest as shown above and on the attached mailing matrix:

    /s/ Paul Stewart Snyder

```
Label Matrix for local noticing          Alma Energy, LLC                         BSD1, LLC
0643-7                                   59 Davis Branch                          C/O James W. Gardner, Esq.
Case 07-70370-wsh                        Stone, KY 41567-7032                     401 W. Main Street, Suite 314
Eastern District of Kentucky                                                      Lexington, KY 40507-1646
Pikeville
Sun Dec  2 22:26:14 EST 2007

Consol Capital, LLC                      Netley Branch Coal Co                    Pocahontas Land Corporation
c/o Fowler Measle & Bell PLLC            Gess Mattingly & Atchison, P.S.C.        Steptoe & Johnson PLLC
300 West Vine Street                     c/o John Hamilton                        Post Office Box 1588
Suite 300                                201  West Short Street                   Charleston, WV 25326-1588
Lexington, KY 40507-1807                 Lexington, KY 40507-1269

West River Machinery                     Pikeville Office                         AFR REPAIR
Stites & Harbison, PLLC                  US Bankruptcy Court                      11945 N BIG CREEK RD
250 West Main Street                     100 E Vine St #200                       HAITFIELD KY 41514-9010
Suite 2300                               Lexington, KY 40507-1451
Lexington, KY 40507-1758

AMERICAN ELECTRIC POWER                  AMERICAN ELECTRIC POWER COMPANY          APOGEE ENVIRONMENTAL CONSULTANTS INC
PO BOX 2021                              P.O. BOX 24410                           C/O JOEL BEVERLY
ROANOKE, VA 24022-2121                   CANTON, OH 44701-4410                    PO BOX 338
                                                                                  ERMINE KY 41815-0338

BELL SOUTH                               BLACK GOLD                               COAL TRADE LLC
P.O. BOX 1857                            410 WINTERHAM DRIVE                      C/O THOMAS W DIETRICH
ALPHARETTA, GA 30023-1857                ABINGTON, VA 24211-3802                  701 MARKET ST STE 600
                                                                                  ST LOUIS MO 63101-1826

(p)CONSOL CAPITAL LLC                    DALE FOARD                               DALE FORD
1200 N FEDERAL HIGHWAY                   1606 MORNING BROOK COURT                 3603 GWYNN OAK AVE.
STE 200                                  FOREST HILLS, MARYLAND 21050-2630        BALTIMORE, MD 21207-7632
BOCA RATON FL 33432-2813

DARRELL WILLIAMS                         DETROIT EDISON ENERGY                    ENVIRONMENTAL DESIGN
P.O. BOX 895                             414 S. MAIN STREET, STE 600              43 VILLAGE STREET
BELFRY, KY 41514-0895                    ANN ARBOR, MI 48104-2398                 PIKEVILLE, KY 41501-3266

HAPPY TRUCKING                           HIGHLANDS MACHINERY                      INFINITY DEVELOPMENT GROUP
P.O. BOX 71                              96 LAMPLIGHTER STREET                    500 GULF STREAM BLVD.
MCCARR, KY 41544-0071                    OAK HILL, VA 25901-9512                  DEL RAY BEACH, FL 33483-6144

INTERNAL REVENUE SERVICE                 (p)INTERNAL REVENUE SERVICE              J.B. ROULETT
600 DR M L KING JR PL STE 651            CENTRALIZED INSOLVENCY OPERATIONS        C/O STITES & HARBISON, PLLC
STOP MDP 510                             PO BOX 21126                             250 WEST MAIN STREET, SUITE 2300
LOUISVILLE KY 40202-2276                 PHILADELPHIA PA 19114-0326               LEXINGTON, KY 40507-1735

JB ROULETT                               JERRY ROULETT                            (c)JOE GARY STREET
PO BOX 497                               HC 67, BOX 75                            2753 DRY FORK RD
VANSANT VA 24656-0497                    VANSANT, VA 24656                        VANSANT VA 24656-9405
```

| | | |
|---|---|---|
| JOE STREET<br>HC 67, BOX 75<br>VANSANT, VA 24656 | K&W METALS, INC<br>1803 STRATTON FORK RD<br>CANADA KY 41519-8327 | KENTUCKY COAL VENTURE I, LLC<br>C/O MICHAEL J. GARTLAND, ESQ.<br>WISE DELCOTTO PLLC<br>200 NORTH UPPER STREET<br>LEXINGTON, KY 40507-1017 |
| KENTUCKY COAL VENTURE I, LLC<br>C/O WARREN HALLE<br>2900 LINDIN LANE<br>SILVER SPRINGS, MD 20910-1265 | KENTUCKY DEPARTMENT OF REVENUE<br>LEGAL BRANCH-BANKRUPTCY SECTION<br>ATTN: LEANNE WARREN<br>P. O. BOX 5222<br>FRANKFORT, KY 40602-5222 | KENTUCKY STATE TREASURER<br>DEPARTMENT OF REVENUE<br>FRANKFORT, KY 40620-0001 |
| LITTLE TY<br>500 CALLAWAY ROAD<br>RANSOM, KY 41558 | LITTLE TY COAL COMPANY, INC.<br>PO BOX 362<br>LENORE WV 25676-0362 | MARTIN COUNTY COAL<br>P.O. BOX 830<br>BELFRY, KY 41514-0830 |
| MINE POWER SERVICES<br>P.O. BOX 578<br>BEAVER, WV 25813-0578 | NATHAN WILLIAMS<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 | NATHAN'S WELDING, LLC<br>59 DAVIS BRANCH ROAD<br>STONE, KY 41567-7032 |
| NETLEY BRANCH COAL COMPANY, INC.<br>59 DAVIS BRANCH<br>STONE KY 41567-7032 | NEW HAUL CONTRACTING<br>P.O. BOX 87<br>BORDERLAND, WV 25665-0087 | OFFICE OF SURFACE MINING<br>2675 REGENCY ROAD<br>LEXINGTON, KY 40503-2922 |
| OFFICE OF SURFACE MINING<br>DIV OF COMPLIANCE MANAGEMENT<br>PO BOX 360095M<br>PITTSBURGH PA 15251 | PEABODY COAL TRADE<br>P.O. BOX 68<br>KENOVA, WV 25530-0068 | PIKE TECH SERVICES<br>183 TOLLAGE ROAD<br>PIKEVILLE, KY 41501-3326 |
| POCAHONTAS DEVELOPMENT CORPORATION<br>STEVE HOPTA<br>P O BOX 1517<br>BLUEFIELD, WV 24701-1517 | POCAHONTAS LAND CORPORATION<br>ARTHUR M. STANDISH, ESQ.<br>P. O. BOX 1588<br>CHARLESTON, WV 25326-1588 | POCAHONTAS LAND MINERAL ROYALTIES<br>P.O. BOX 1517<br>BLUEFIELD, WV 24701-1517 |
| POND CREEK TRUCKING<br>P.O. BOX 1020<br>BELFRY, KY 41514-1020 | RAMA DEVELOPMENT<br>RT. 3, BOX 706<br>DELBARTON, WV 25670-9666 | ROGER'S PETROLEUM<br>P.O. BOX 162<br>PIKEVILLE, KY 41502-0162 |
| ROGERS PETROLEUM SERVICES INC<br>C/O COMBS & COMBS PSC<br>PO DRAWER 31<br>PIKEVILLE KY 41502-0031 | ROGERS PETROLEUM SERVICES, INC.<br>P. O. BOX 162<br>PIKEVILLE, KENTUCKY 41502-0162 | S&S WATER<br>4767 HIGHWAY 580<br>OIL SPRINGS, KY 41238 |
| SHARON FRANCIS<br>11945 N BIG CREEK RD<br>HATFIELD KY 41514-9010 | THC COAL VENTURE LLC<br>2900 LINDEN LANE<br>SILVER SPRING MD 20910-1265 | THE EQUIPMENT<br>LENORE WV 25676 |

```
TKT TRUCKING                      TONAWANDA COKE CORPORATION       U.S. Trustee
P.O. BOX 250                      BOX 5007                         100 E Vine St #500
CHESAPEAKE, OH 45619-0250         TONAWANDA, NY 14151-5007         Lexington, KY 40507-1441



UNITED STATES ATTORNEY            UNITED STATES ATTORNEY           US DEPARTMENT OF LABOR
FOR DEPARTMENT OF LABOR           FOR IRS                          MINE SAFETY AND HEALTH ADMINISTRATION
110 W VINE STREET STE 400         110 W VINE STREET STE 400        PO BOX 360250M
LEXINGTON KY 40507-1618           LEXINGTON KY 40507-1618          PITTSBURGH PA 15251



VIRGINIA DRILLING                 WARREN HALLE                     WEST RIVER MACHINERY
P.O. BOX 1198                     2900 LINDEN LANE                 HC 67 BOX 75
VANSANT, VA 24656-1198            SILVER SPRINGS, MD 20910-1265    OAKWOOD VA 24631-9613



WEST RIVER MACHINERY              WEST RIVER MACHINERY             Jerry Roulett
HCC 67, BOX 75                    STITES & HARBISON, PLLC          Stites & Harbison, PLLC
VANSANT, VA 24656                 250 WEST MAIN STREET, SUITE 2300 250 West Main Street
                                  LEXINGTON, KY 40507-1758         Suite 2300
                                                                   Lexington, KY 40507-1758


Joe Street                        Paul Stewart Snyder              Sam Davis
Stites & Harbison, PLLC           PO Box 1067                      Gess Mattingly & Atchison, P.S.C.
250 West Main Street              Ashland, KY 41105-1067           c/o John T. Hamilton
Suite 2300                                                         201 West Short Street
Lexington, KY 40507-1758                                           Lexington, KY 40507-1269


Tony Gannacone, III               William E. Detherage
c/o Fowler Measle & Bell PLLC     c/o James W. Gardner, Esq.
300 West Vine Street              HENRY WATZ GARDNER SELLARS & GARDNER, PL
Suite 600                         401 West Main Street, Suite 314
Lexington, KY 40507-1621          Lexington, KY 40507-1835
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
CONSOL CAPITAL, LLC               INTERNAL REVENUE SERVICE
23339 MIRABELLA CIRCLE            P.O. BOX 21126
NORTH BOCA RATON, FL 33433        PHILADELPHIA, PA 19114
```

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

```
JOE GARY STREET
ROUTE 2 BOX 647
VANSANT VA 24656
```