**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

IN RE:
**ALMA ENERGY LLC**
**DEBTOR**                                          **CASE NO. 07-70370**

**ORDER ON**

**MOTION TO EXTEND TIME TO ASSUME OR REJECT LEASES**

**MOTION TO SHORTEN TIME TO BE HEARD**

**Ch 11**

     This matter, having been heard by the Court on February 7, 2008, on the Motion of the Debtor-

in-Possession, Alma Energy LLC, by counsel, pursuant to Title 11 §105(2)(A) and §365(d)(4)(B), for

an Order of the Court granting an additional 28 days from the current deadline of February 11, 2008,

until Monday, March 10, 2008, to assume or reject all leases and executory contracts, recorded and

unrecorded, including but not limited to Leases and Executory Contracts to which the following are

parties:

POCAHONTAS LAND CORPORATION
STEPTOE & JOHNSON PLLC
POST OFFICE BOX 1588
CHARLESTON, WV 25326-1588

SAM DAVIS
GESS MATTINGLY & ATCHISON, P.S.C.
C/O JOHN T. HAMILTON
201 WEST SHORT STREET
LEXINGTON, KY 40507-1269

WEST RIVER MACHINERY
STITES & HARBISON, PLLC
250 WEST MAIN STREET, SUITE 2300
LEXINGTON, KY 40507-1758

THC COAL VENTURE LLC
2900 LINDEN LANE
SILVER SPRING MD 20910-1265

POCAHONTAS DEVELOPMENT CORPORATION
STEVE HOPTA

P O BOX 1517
BLUEFIELD, WV 24701-1517

PEABODY COAL TRADE
P.O. BOX 68
KENOVA, WV 25530-0068

NETLEY BRANCH COAL COMPANY, INC.
59 DAVIS BRANCH
STONE KY 41567-7032

NATHAN'S WELDING, LLC
59 DAVIS BRANCH ROAD
STONE, KY 41567-7032

MARTIN COUNTY COAL
P.O. BOX 830
BELFRY, KY 41514-0830

KENTUCKY COAL VENTURE I, LLC
C/O MICHAEL J. GARTLAND, ESQ.
WISE DELCOTTO PLLC
200 NORTH UPPER STREET
LEXINGTON, KY 40507-1017

CONSOL CAPITAL, LLC
23339 MIRABELLA CIRCLE
NORTH BOCA RATON, FL 33433

COAL TRADE LLC
C/O THOMAS W DIETRICH
701 MARKET ST STE 600
ST LOUIS MO 63101

DALE FOARD
1606 MORNING BROOK COURT
FOREST HILLS, MARYLAND 21050

There having been no Objections filed or otherwise presented to the Court, and the Court being fully

informed,

   The Motion To Extend Time To Assume Or Reject Leases And Executory Contracts is

**GRANTED**.

   The Debtor shall have until and including **Monday, March 10, 2008,** to assume or reject leases

and executory contracts.

The Motion of the Debtor to reduce the time for Notice of this Motion is **GRANTED**.

Pursuant to Local Rule 9022-1(c), counsel for the debtor shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within ten (10) days hereof.

US Trustee

All parties that receive eservice

All parties named above

AEP Collection Support
P.O. Box 13447
Roanoke VA 24034

Bell South
P.O. Box 1857
Alpharetta GA 30023

Black Gold
410 Winterham Drive
Abingdon VA 24211

Consol Capital, LLC
23339 Mirabella Circle
Boca Raton FL 33433

Dale Ford
3603 Gwynn Oak Ave.
Gwynn Oak MD 21207

Darrell Williams
PO Box 895
Belfry KY 41514

Detroit Edison Energy
414 S. Main Street, Ste 600
Ann Arbor MI 48104

Environmental Design
43 Village Street
Pikeville KY 41501

Happy Trucking
PO Box 71
Mc Carr KY 41544

Highlands Machinery
96 Lamplighter Street
Oak Hill WV 25901

Infinity Development Group
500 Gulf Stream Blvd.
Delray Beach FL 33483

Internal Revenue Service
Centralized Insolvency Oper.
P.O. Box 21126
Philadelphia PA 19114

J B Roulett
PO Box 497
Vansant VA 24656

James P. Pruitt, Jr.
PO Box 339
Pikeville KY 41502

Jerry Roulett
HC 67, Box 75
Oakwood VA 24631

Joe Gary Street
Route 2, Box 647
Vansant VA 24656

Joe Street
HC 67, Box 75
Oakwood VA 24631

Kentucky Coal Venture I, LLC
C/O Warren Halle
2900 Lindin Lane
Silver Spring MD 20910

Kentucky Department of Revenue
Legal Branch - Bankruptcy Section
P.O. Box 5222
Frankfort KY 40602

Little Ty
500 Callaway Road
Mc Carr KY 41544

Martin County Coal
PO Box 830
Belfry KY 41514

Mine Power Services
P.O. Box 578
Beaver WV 25813

Nathan Williams
59 Davis Branch Road
Stone KY 41567

Nathan's Welding LLC
59 Davis Branch Road
Sidney KY 41564

New Haul Contracting
PO Box 87
Borderland WV 25665

Office of Surface Mining
Div of Compliance Management
P.O. Box 360095M
Pittsburgh PA 15251-7794

Peabody Coal Trade
PO Box 68
Kenova WV 25530

Pike Tech Services
183 Tollage Road
Pikeville KY 41501

Pocahontas Land
Mineral Royalities
P.O. Box 1517
Bluefield WV 24701

Pond Creek Trucking
PO Box 1020
Belfry KY 41514

Rama Development
Rt. 3, Box 706

Delbarton WV 25670

Roger's Petroleum
PO Box 162
Pikeville KY 40501

S&S Water
4767 Highway 580
Oil Springs KY 41238

T H E Equipment
Lenore WV 25676

THC Coal Venture LLC
2900 Linden Lane
Silver Spring MD 20910

TKT Trucking
P.O. Box 250
Chesapeake OH 45619

Tonawanda Coke Corporation
PO Box 5007
Tonawanda NY 14151

U.S. Department of Labor
Mine Safety and Health Administration
PO Box 360250M
Pittsburgh PA 15251-6250

United States Attorney
for IRS
110 West Vine Ste 400
Lexington KY 40507

United States Attorney
for Department of Labor
110 West Vine Ste 400
Lexington KY 40507

Virginia Drilling
PO Box 1198
Vansant VA 24656

Warren E. Halle
2900 Linden Lane
Silver Spring MD 20910

West River Machinery
HC 67, Box 75
Oakwood VA 24631