UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Case No.:_____07-70370_____ |
| _____Alma Energy, LLC_____ | ) | |
| | ) | Judge:_William Howard_____ |
| _____ | ) | |
| | ) | Chapter 11 |
| Debtor(s) | ) | |

MONTHLY OPERATING REPORT FOR MONTH ENDING _____January 31, 2008_____.

_____Alma Energy, LLC_____,Debtor-In-Possession,
submits its Monthly Operating Report for the period commencing _____January 1, 2008
and ending ____January 31, 2008_____as shown by the report and exhibits consisting of
11 pages and containing the following, as indicated:


___X___ Monthly Reporting Questionnaire (Attachment 1)

___X___ Comparative Balance Sheets (Forms OPR-1 & OPR-2)(being prepared)

___X___ Summary of Accounts Receivable (Form OPR-3)

___X___ Schedule of Postpetition Liabilities (Form OPR-4)

___X___ Statement of Income (Loss) (Form OPR-5)


   I declare under penalty of perjury that this report and all attachments are true and
correct to the best of my knowledge and belief.


Date: ____March 14, 2008____          DEBTOR-IN-POSSESSION


                              By:_____/S/Steven Singleton_____
                                       (name of signer)

                              Title:_____CEO/CFO_____

                              Address:___1555 E New Circle Rd_____

                                      ___Lexington, KY 40509_____

                              Telephone Number:_859 266-2500 ext 228_

                              Fax Number:_____859 269-8350_____

                              Email Address:____ssingleton@rcprop.net_


REV 10/200

ATTACHMENT 1 (PAGE 1)

CHAPTER 11
MONTHLY OPERATING REPORT
MONTHLY REPORTING QUESTIONNAIRE

CASE NAME:        Alma Energy, LLC

CASE NUMBER:        07-70370

MONTH OF:        January 2008

1. Payroll  State the amount of all executive wages paid and taxes withheld and paid.

| Name and Title of Executive | Wages Paid | | Taxes | |
|---|---|---|---|---|
| | Gross | Net | Due | Paid |
| NONE | | | | |

Total Executive Payroll:        NONE

2. Insurance  Is workers' compensation and other insurance in effect? See below
Are payments current? yes  If any policy has lapsed, been replaced or renewed, state so in the schedule below.  Attach a copy of the new policy's binder or cover page.

| Type | Name of Carrier | Coverage Amount | Policy # | Expiration Date | Premium Amounts | Date Pd. Thru |
|---|---|---|---|---|---|---|
| Casualty | Northfield Insurance | $1.4 mil | MF100033 | 8/22/08 | contractor | 1/22/08 |
| Workers' comp. | NOT REQUIRED | | | | | |
| General liab. | National Fire & Marine | $1 mil | 72LP8004276 | 3/9/08 | $4000 | 3/9/08 |
| Vehicle | NO VEHICLES | | | | | |
| Other (specify): | | | | | | |

                              CHAPTER 11                    ATTACHMENT 1 (PAGE 2)
                        MONTHLY OPERATING REPORT
                      MONTHLY REPORTING QUESTIONNAIRE

CASE NAME:        Alma Energy LLC

CASE NUMBER:      07-70370

MONTH OF:         January 2008


3.  Bank Accounts                              Account Type
                            Operating     Tax      Payroll      Other       Total

     Bank name          _Community Trust_ _____ _____ _____ _____

     Account #                _____ _____ _____ _____ _____

     Beginning book balance   __142.00___ _____ _____ _____ __142.00_

     Plus:  Deposits          _____0_____ _____ _____ _____ _____
       (Attach detailed listing)

     Less:  Disbursements      _____0_____ _____ _____ _____ _____
       (Attach detailed listing)

     Other:
       Transfers In (Out)     _____ _____ _____ _____ _____ _____

     Ending book balance      __142.00 __ _____ _____ _____ __142.00 __


4.  Postpetition Payments  List any postpetition payments to professionals and payments on
    prepetition debts in the schedule below (attach separate sheet if necessary).

     Payments To/On_____          Amount      Date     Check #    Order Date

     Professionals (attorneys,
       accountants, etc.):

     _____NONE_____    _____ _____ _____ _____

     _____    _____ _____ _____ _____

     Prepetition debts:

     _____NONE_____    _____ _____ _____ _____

     _____    _____ _____ _____ _____

     _____    _____ _____ _____ _____

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

CASE NAME: _____ Alma Energy LLC_____

CASE NUMBER: _____07-70370_____

MONTH OF: _____ January 2008 _____


BANK NAME: _____ Community Trust Bank_____  ACCOUNT #: _____

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|------|---------------|-------------|--------|
| _____ | ____none_____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Total Receipts _____0_____ *

*Must agree to "Deposits" line of
 Item 3 on Attachment 1 (Page 2).

REV 10/2004

ATTACHMENT 1 (PAGE 4)

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: _____Alma Energy LLC_____

CASE NUMBER: _____07-70370_____

MONTH OF: _____January 2008_____

BANK NAME:   Community Trust Bank_____   ACCOUNT #:_____

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|------|---------|----------------------|--------|
| | | none_ | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Total Disbursements    _____0_____  *    *Must agree to "Disbursements" line of
Item 3 on Attachment 1 (Page 2).

Expenditures by Contract Miner are shown on attached sheet

COMPARATIVE BALANCE SHEETS

| CASE NAME: Alma Energy LLC | | | | | | FORM OPR-1 REV 10/2004 |
|---|---|---|---|---|---|---|

CASE NUMBER: __07-70370_____    MONTH ENDED: _____January_31,_2008_____

|  | FILING DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
|  | 8/13/07 | 9/2007 | 10/2007 | 11/2007 | 12/2007 | 1/2008 |  |
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | 142 | 142 | 142 | 142 | 142 | 142 |  |
| Other negotiable instruments (i.e. CD's, Treasury bills, etc.) | 0 | 0 | 0 | 0 | 0 | 0 |  |
| Accounts receivable, net (See OPR-3) | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |  |
| Less allowance for doubtful accounts |  |  |  |  |  |  |  |
| Inventory, at lower of cost or market | 0 | 0 | 0 | 0 | 0 | 0 |  |
| Prepaid expenses and deposits | 0 | 0 | 0 | 0 | 0 | 0 |  |
| Investments |  |  |  |  |  |  |  |
| Other: |  |  |  |  |  |  |  |
| TOTAL CURRENT ASSETS | 142 | 100,142 | 100,142 | 100,142 | 100,142 | 100,142 |  |
| PROPERTY, PLANT & EQUIPMENT, AT COST | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000 |  |
| Less accumulated depreciation | 732,163 | 732,163 | 732,163 | 732,163 | 732,163 | 732,163 |  |
| NET PROPERTY, PLANT & EQUIPMENT | 967,837 | 967,837 | 967,837 | 967,837 | 967,837 | 967,837 |  |
| OTHER ASSETS * |  |  |  |  |  |  |  |
| TOTAL ASSETS | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 |  |

* Itemize on separate page if value of "Other Assets" exceeds 10% of "Total Assets".

COMPARATIVE BALANCE SHEETS

CASE NAME: _____Alma Energy LLC_____                                              FORM OPR-2
                                                                                           REV 10/2004

CASE NUMBER: _____07-70370_____ _____      MONTH ENDED: _____January 31 2008_____

| | FILING DATE 8/13/07 | MONTH 9/2007 | MONTH 10/2007 | MONTH 11/2007 | MONTH 12/2007 | MONTH 1/2008 | MONTH |
|---|---|---|---|---|---|---|---|
| LIABILITIES | | | | | | | |
| POST PETITION LIABILITIES (See OPR-4) | 0 | 0 | 0 | 0 | 0 | 0 | |
| PRE PETITION LIABILITIES | | | | | | | |
| Priority debt | 244,216 | 244,216 | 244,216 | 244,216 | 244,216 | 244,216 | |
| Secured debt | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | |
| Unsecured debt | 996,939 | 996,939 | 996,939 | 996,939 | 996,939 | 996,939 | |
| TOTAL PRE PETITION LIABILITIES | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | |
| TOTAL LIABILITIES | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | |
| SHAREHOLDERS' EQUITY (DEFICIT) | | | | | | | |
| PREFERRED STOCK | 0 | 0 | 0 | 0 | 0 | 0 | |
| COMMON STOCK | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | |
| PAID-IN CAPITAL | 0 | 0 | 0 | 0 | 0 | 0 | |
| RETAINED EARNINGS | | | | | | | |
| Through filing date* | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | |
| Post filing date | 0 | 0 | 0 | 0 | 0 | 0 | |
| TOTAL SHAREHOLDERS' EQUITY | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | |

*last available amount – accountant died in July 2007 – records were stolen from her house after her death

**SUMMARY OF ACCOUNTS RECEIVABLE**

CASE NAME: _____Alma Energy LLC_____                                    FORM OPR-3
                                                                              REV 10/2004
CASE NUMBER: _____07-70370_____        MONTH ENDED: _____January 31, 2008_____

| | TOTAL | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| DATE OF FILING: __August 13, 2007____ | 100,000* | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____September_____ | 0 | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____October_____ | 0 | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____November_____ | 0 | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____December_____ | 0 | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____January_____ | 0 | _____ | _____ | _____ | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____ | _____ | _____ | _____ | _____ | _____ |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |

NOTE:  Total A/R and total allowance for doubtful accounts shown here must agree with the same items as shown on Form OPR-1.
*estimate based on funds withheld by KCV I – dispute as to whether or not funds were proper offset by KCV I.

SCHEDULE OF POST PETITION LIABILITIES

CASE NAME: _____Alma Energy LLC_____                                    FORM OPR-4
                                                                                     REV 10/2004

CASE NUMBER: _____07-70370_____       MONTH ENDED: _____January 31, 2008_____

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| **TAXES PAYABLE** | | | | | | | |
| Federal Income Tax | | | 0 | | | | |
| FICA | | | 0 | | | | |
| Unemployment Tax | | | 0 | | | | |
| Sales Tax | | | 0 | | | | |
| Personal Property Tax | | | 0 | | | | |
| TOTAL TAXES PAYABLE | | | 0 | | | | |
| POSTPETITION SECURED DEBT | | | 0 | | | | |
| POSTPETITION UNSECURED DEBT | | | 0 | | | | |
| ACCRUED INTEREST PAYABLE | | | 0 | | | | |
| TRADE ACCOUNTS PAYABLE & OTHER: (list separately)* | | | | | | | |
| _____ | | | 0 | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| TOTALS | | | 0 | | | | |

* Attach separate page if necessary.

NOTE:  Total postpetition liabilities shown here must agree with the same item as shown on Form OPR-2 of this report.

STATEMENT OF INCOME (LOSS)

CASE NAME: _____ Alma Energy LLC__ _____                                    FORM OPR-5
                                                                                     REV 10/2004
CASE NUMBER: _____ 07-70370 _____        MONTH ENDED: _____ January 31, 2008 _____

| | MONTH<br>August | MONTH<br>September_ | MONTH<br>October_ | MONTH<br>November | MONTH<br>December | MONTH<br>January | FILING<br>TO DATE |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Labor - Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES | | | | | | | |
| General and Administrative | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Selling and Marketing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OPERATING EXPENSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME BEFORE INTEREST, DEPRECIATION,<br>TAXES OR EXTRAORDINARY EXPENSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME TAX EXPENSE (BENEFIT) | 0 | 0 | 0 | 0 | 0 | 0 | 0___ |
| EXTRAORDINARY INCOME (EXPENSE)* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Requires Footnote

CASE NAME: _____ Alma Energy LLC__ _____

CASE NUMBER: _____ 07-70370 _____                    MONTH ENDED: _____ January 31, 2008 _____

Expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders -

October 2007

| | |
|---|---|
| Wells Fargo Insurance Add'l Liability | 8,000.00 |
| Premium Financial Insurance | 3,060.24 |
| Hollon & Collins Attorney Fees | 1,610.00 |
| Henry, Watz, Gardner, Sellers & Gardner Attorney Fees | 9,362.59 |
| Varney, Cox, Blankenship, Blackburn Security | 8,538.88 |
| Kentucky Power Deposits | 13,864.00 |
| | 44,435.71 |

Additional expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders – 75,170.83

Total expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders $119,606.54
(estimated by BSD1 LLC as of March 6, 2008.

Debtor believes that all or most of the expenditures are to be paid by Contract Miner under mining contract financed through DIP account and are not expenses to be paid from Alma's funds.