UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| In re: | ) | Case No.:____07-70370_____ |
| _____Alma Energy, LLC_____ | ) | |
| | ) | Judge:_William Howard_____ |
| _____ | ) | |
| | ) | Chapter 11 |
| Debtor(s) | ) | |

MONTHLY OPERATING REPORT FOR MONTH ENDING _____February 29, 2008_____.

_____Alma Energy, LLC_____,Debtor-In-Possession, submits its Monthly Operating Report for the period commencing ____February 1, 2008 and ending ____February 29, 2008_____as shown by the report and exhibits consisting of 11 pages and containing the following, as indicated:


___X___ Monthly Reporting Questionnaire (Attachment 1)

___X___ Comparative Balance Sheets (Forms OPR-1 & OPR-2)(being prepared)

___X___ Summary of Accounts Receivable (Form OPR-3)

___X___ Schedule of Postpetition Liabilities (Form OPR-4)

___X___ Statement of Income (Loss) (Form OPR-5)


    I declare under penalty of perjury that this report and all attachments are true and correct to the best of my knowledge and belief.


Date: ____March 14, 2008_____            DEBTOR-IN-POSSESSION


                                    By:_____/S/Steven Singleton_____
                                            (name of signer)

                                    Title:_____CEO/CFO_____

                                    Address:___1555 E New Circle Rd_____

                                    _____Lexington, KY 40509_____

                                    Telephone Number:_859 266-2500 ext 228

                                    Fax Number:_____859 269-8350_____

                                    Email Address:____ssingleton@rcprop.net_

REV 10/200

ATTACHMENT 1 (PAGE 1)

CHAPTER 11
MONTHLY OPERATING REPORT
MONTHLY REPORTING QUESTIONNAIRE

CASE NAME:        Alma Energy, LLC

CASE NUMBER:      07-70370

MONTH OF:         February 2008


1.  <u>Payroll</u>  State the amount of all executive wages paid and taxes withheld and paid.

| Name and Title of Executive | Wages Paid | | Taxes | |
|---|---|---|---|---|
| | Gross | Net | Due | Paid |
| NONE | | | | |

Total Executive Payroll:      NONE


2.  <u>Insurance</u>  Is workers' compensation and other insurance in effect? See below
Are payments current?  yes  If any policy has lapsed, been replaced or renewed, state so in
the schedule below.   Attach a copy of the new policy's binder or cover page.

| Type | Name of Carrier | Coverage Amount | Policy # | Expiration Date | Premium Amounts | Date Pd. Thru |
|---|---|---|---|---|---|---|
| Casualty | Northfield Insurance | $1.4 mil | MF100033 | 8/22/08 | contractor | 2/22/08 |
| Workers' comp. | NOT REQUIRED | | | | | |
| General liab. | National Fire & Marine | $1 mil | 72LP8004276 | 3/9/08 | $4000 | 3/9/08 |
| Vehicle | NO VEHICLES | | | | | |

Other (specify):

REV 10/2004

CHAPTER 11                      ATTACHMENT 1 (PAGE 2)
MONTHLY OPERATING REPORT
MONTHLY REPORTING QUESTIONNAIRE

CASE NAME:_____Alma Energy LLC_____

CASE NUMBER:_____07-70370_____

MONTH OF:_____February 2008_____


3.  Bank Accounts                           Account Type_____
                        Operating     Tax      Payroll     Other       Total

   Bank name          _Community Trust_  _____   _____   _____   _____

   Account #          _____   _____   _____   _____   _____

   Beginning book balance  __142.00__   _____   _____   _____   __142.00_

   Plus:  Deposits       ____0____   _____   _____   _____   _____
     (Attach detailed listing)

   Less:  Disbursements   ____0____   _____   _____   _____   _____
     (Attach detailed listing)

   Other:
     Transfers In (Out)   _____    _____   _____   _____   _____

   Ending book balance   __142.00_   _____   _____   _____   __142.00__


4.  Postpetition Payments  List any postpetition payments to professionals and payments on
    prepetition debts in the schedule below (attach separate sheet if necessary).

    Payments To/On_____    Amount     Date     Check #    Order Date

    Professionals (attorneys,
      accountants, etc.):

    _____NONE_____    _____  _____  _____  _____

    _____    _____  _____  _____  _____

    Prepetition debts:

    _____NONE_____    _____  _____  _____  _____

    _____    _____  _____  _____  _____

    _____    _____  _____  _____  _____

REV 10/2004

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF RECEIPTS

CASE NAME: _____ Alma Energy LLC_____

CASE NUMBER: _____ 07-70370_____

MONTH OF: _____ February 2008 _____

BANK NAME: _____ Community Trust Bank_____  ACCOUNT #: _____

Detail of Receipts:

| Date | Received From | Explanation | Amount |
|------|---------------|-------------|--------|
| _____ | _____none_____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Total Receipts    _____0_____  *    *Must agree to "Deposits" line of
                                            Item 3 on Attachment 1 (Page 2).

REV 10/2004

ATTACHMENT 1 (PAGE 4)

CHAPTER 11
MONTHLY OPERATING REPORT
DETAILED LISTING OF DISBURSEMENTS

CASE NAME: _____Alma Energy LLC_____

CASE NUMBER: _____07-70370_____

MONTH OF: _____February 2008_____

BANK NAME: ____Community Trust Bank_____  ACCOUNT #:_____

Detail of Disbursements:

| Date | Check # | Paid To/In Payment Of | Amount |
|------|---------|-----------------------|--------|
| _____ | _____ | _____none_____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Total Disbursements _____0_____ *   *Must agree to "Disbursements" line of
                                              Item 3 on Attachment 1 (Page 2).

Expenditures by Contract Miner are shown on attached sheet

COMPARATIVE BALANCE SHEETS

FORM OPR-1
REV 10/2004

CASE NAME: _____Alma Energy LLC_____

CASE NUMBER: ____07-70370_____        MONTH ENDED: _____February 29, 2008_____

| | FILING DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 8/13/07 | 9/2007 | 10/2007 | 11/2007 | 12/2007 | 1/2008 | 2/2008_ |
| **ASSETS** | | | | | | | |
| **CURRENT ASSETS** | | | | | | | |
| Cash | _ 142 | 142 | 142 | 142 | 142 | 142 | 142 |
| Other negotiable instruments (i.e. CD's, Treasury bills, etc.) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Accounts receivable, net (See OPR-3) | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 | 100,000 |
| Less allowance for doubtful accounts | | | | | | | |
| Inventory, at lower of cost or market | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid expenses and deposits | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Investments | | | | | | | |
| Other: _____ | | | | | | | |
| TOTAL CURRENT ASSETS | 142 | 100,142 | 100,142 | 100,142 | 100,142 | 100,142 | 100,142 |
| PROPERTY, PLANT & EQUIPMENT, AT COST | 1,700,000 | 1,700,000 | 1,700,000 | 1,700,000_ | 1,700,000_ | 1,700,000_ | 1,700,000 |
| Less accumulated depreciation | 732,163 | 732,163 | 732,163 | 732,163_ | 732,163_ | 732,163_ | 732,163_ |
| NET PROPERTY, PLANT & EQUIPMENT | 967,837 | 967,837 | 967,837 | 967,837_ | 967,837 | 967,837 | 967,837 |
| OTHER ASSETS | | | | | | | |
| _____* | | | | | | | |
| TOTAL ASSETS | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 |

* Itemize on separate page if value of "Other Assets" exceeds 10% of "Total Assets".

**COMPARATIVE BALANCE SHEETS**

CASE NAME: _____Alma Energy LLC_____                                    FORM OPR-2
REV 10/2004

CASE NUMBER: _____07-70370_____ _____          MONTH ENDED: _____February 29 2008_____

| | FILING DATE | MONTH | MONTH | MONTH | MONTH | MONTH | MONTH |
|---|---|---|---|---|---|---|---|
| | 8/13/07 | 9/2007 | 10/2007 | 11/2007 | 12/2007 | 1/2008 | 2/2008 |
| **LIABILITIES** | | | | | | | |
| POST PETITION LIABILITIES (See OPR-4) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **PRE PETITION LIABILITIES** | | | | | | | |
| Priority debt | 244,216 | 244,216 | 244,216 | 244,216 | 244,216 | 244,216 | 244,216 |
| Secured debt | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 | 1,599,871 |
| Unsecured debt | 996,939 | 996,939 | 996,939 | 996,939 | 996,939 | 996,939 | 996,939 |
| TOTAL PRE PETITION LIABILITIES | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 |
| TOTAL LIABILITIES | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 | 2,841,026 |
| **SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | | |
| PREFERRED STOCK | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COMMON STOCK | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 |
| PAID-IN CAPITAL | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| **RETAINED EARNINGS** | | | | | | | |
| Through filing date* | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) |
| Post filing date | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL SHAREHOLDERS' EQUITY | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) | (1,774,047) |
| TOTAL LIABILITIES AND SHAREHOLDERS' EQUITY | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 | 1,067,979 |

*last available amount – accountant died in July 2007 – records were stolen from her house after her death

**SUMMARY OF ACCOUNTS RECEIVABLE**

CASE NAME: _____Alma Energy LLC_____                                    FORM OPR-3
                                                                                    REV 10/2004

CASE NUMBER: _____07-70370_____          MONTH ENDED: _____February 29, 2008_____

|  | TOTAL | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|
| DATE OF FILING: __August 13, 2007_____ | 100,000* | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____September_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____October_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____November_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____December_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____January_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |
| MONTH: _____February_____ | 0 | | | | 100,000 |
| Allowance for doubtful accounts | {_____} | {_____ | {_____ | {_____ | {_____} |

NOTE:  Total A/R and total allowance for doubtful accounts shown here must agree with the same items as shown on Form OPR-1.
*estimate based on funds withheld by KCV I - dispute as to whether or not funds were proper offset by KCV I.

SCHEDULE OF POST PETITION LIABILITIES

CASE NAME: _____ Alma Energy LLC_____

FORM OPR-4
REV 10/2004

CASE NUMBER: _____07-70370_____     MONTH ENDED: _____February 29, 2008_____

| | DATE INCURRED | DATE DUE | TOTAL DUE | 0-30 DAYS | 31-60 DAYS | 61-90 DAYS | OVER 90 DAYS |
|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | |
| Federal Income Tax | | | 0 | | | | |
| FICA | | | 0 | | | | |
| Unemployment Tax | | | 0 | | | | |
| Sales Tax | | | 0 | | | | |
| Personal Property Tax | | | 0 | | | | |
| TOTAL TAXES PAYABLE | | | 0 | | | | |
| POSTPETITION SECURED DEBT | | | 0 | | | | |
| POSTPETITION UNSECURED DEBT | | | 0 | | | | |
| ACCRUED INTEREST PAYABLE | | | 0 | | | | |
| TRADE ACCOUNTS PAYABLE & OTHER: (list separately)* | | | | | | | |
| _____ | | | 0 | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| _____ | | | | | | | |
| TOTALS | | | 0 | | | | |

* Attach separate page if necessary.

NOTE:  Total postpetition liabilities shown here must agree with the same item as shown on Form OPR-2 of this report.

STATEMENT OF INCOME (LOSS)

CASE NAME:             Alma Energy LLC__                                                    FORM OPR-5
                                                                                           REV 10/2004

CASE NUMBER:        07-70370                    MONTH ENDED:      February 29, 2008

| | MONTH September_ | MONTH October_ | MONTH November | MONTH December | MONTH January | MONTH February | FILING TO DATE |
|---|---|---|---|---|---|---|---|
| NET REVENUE (INCOME) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| COST OF GOODS SOLD | | | | | | | |
| Materials | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Labor – Direct | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Manufacturing Overhead | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL COST OF GOODS SOLD | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| GROSS PROFIT | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OPERATING EXPENSES | | | | | | | |
| General and Administrative | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Selling and Marketing | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other: _____ | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TOTAL OPERATING EXPENSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME BEFORE INTEREST, DEPRECIATION, TAXES OR EXTRAORDINARY EXPENSES | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INTEREST EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INCOME TAX EXPENSE (BENEFIT) | 0 | 0 | 0 | 0 | 0 | 0 | 0___ |
| EXTRAORDINARY INCOME (EXPENSE)* | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| NET INCOME (LOSS) | 0 | 0 | 0 | 0 | 0 | 0 | 0 |

*Requires Footnote

CASE NAME:             Alma Energy LLC__                                       Additional Sheet

CASE NUMBER:      07-70370                          MONTH ENDED:      February 29, 2008

Expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders -

October 2007

| | |
|---|---|
| Wells Fargo Insurance Add'l Liability | 8,000.00 |
| Premium Financial Insurance | 3,060.24 |
| Hollon & Collins Attorney Fees | 1,610.00 |
| Henry, Watz, Gardner, Sellers & Gardner Attorney Fees | 9,362.59 |
| Varney, Cox, Blankenship, Blackburn Security | 8,538.88 |
| Kentucky Power Deposits | 13,864.00 |
| | 44,435.71 |

Additional expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders – 75,170.83

Total expenditures by Contract Miner BSD 1, LLC under Interim and Final Orders $119,606.54
(estimated by BSD1 LLC as of March 6, 2008.

Mining and DIP Financing Agreements with BSD 1, LLC were terminated in February 2008 –
Settlement Agreement was executed and approved – March report will reflect accounting adjustments

    Debtor believes that all or most of the expenditures are to be paid by Contract Miner under mining contract
    financed through DIP account and are not expenses to be paid from Alma's funds.