UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:
ALMA ENERGY, LLC,                                                              CASE NO. 07-70370
DEBTOR                                                                              CHAPTER 11

## **MOTION TO ADMIT D. HAYDEN FISHER, ESQ,** *PRO HAC VICE*

Charles J. Lisle, the undersigned counsel, respectfully moves this Court to enter an Order admitting D. Hayden Fisher, *pro hac vice* to the United States Bankruptcy Court for the Eastern District of Kentucky for the purpose of representing Pikeville Energy Group, LLC, in this matter. In support of this Motion, movant files and incorporates by reference the Affidavit of D. Hayden Fisher dated June 5, 2008, by which Mr. Fisher (1) represents that he is familiar with and will comply with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court; and (2) consents to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

WHEREFORE, Charles J. Lisle respectfully requests that this Court enter an Order (1) admitting D. Hayden Fisher, Esq., to the Court *pro hac vice* to permit him to represent the interests of Pikeville Energy Group, LLC, in this matter, and (2) granting such other and further relief as the Court deems just and proper.

Respectfully submitted,

*/s/ Charles J. Lisle*
Charles J. Lisle
CHARLES J. LISLE, PSC
401 West Main Street, Suite 313
Lexington, KY 40507
Telephone: (859) 252-6100
Facsimile: (859) 254-3383
Email address: cjlisle99@msn.com
ATTORNEY FOR PIKEVILLE
ENERGY GROUP, LLC

## **CERTIFICATE OF SERVICE**

    The foregoing Motion to Admit D. Hayden Fisher, Esq., *Pro Hac Vice* has been electronically filed and served via the Court's ECF System on June 8, 2008.

                                      */s/ Charles J. Lisle*
                                      Attorney for Pikeville
                                      Energy Group, LLC