UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ALMA ENERGY, LLC                                                                    CASE NO. 07-70370

DEBTOR                                                                                       CHAPTER 11

## AFFIDAVIT OF D. HAYDEN FISHER

D. Hayden Fisher, after being duly sworn, deposes and says as follows:

1.    My name is D. Hayden Fisher.  I am an attorney in the office of D. Hayden Fisher, Esquire, PLC, 2512 Hanover Avenue, Richmond, Virginia 23220, which firm is engaged in the private practice of law.

2.    I have been admitted to practice in the following courts during the years indicated: (a) the Supreme Court and all state courts of Virginia (1999); (b) the United States District Courts for the Eastern and Western Districts of Virginia (2000); and the United States Court of Appeals for the Fourth Circuit (2000).

3.    I am a member in good standing to practice before each of such courts, and have been in good standing with all of such courts since my admission to practice.

4.    I have never been disciplined by any court or state bar association.

5.    I have not previously been admitted to appear *pro hac vice* before this Court.

6.    I certify that I am familiar with and at all times will comply with the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, and the Local Rules of this Court.

7.    I consent to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

  I solemnly affirm under penalties of perjury and upon personal knowledge that the foregoing statements are true to the best of my knowledge, information and belief.

  Dated: June 5, 2008.

                  /s/ D. Hayden Fisher
                  D. Hayden Fisher

COMMONWEALTH OF KENTUCKY  )
                  )
COUNTY OF FAYETTE       )

  The foregoing Affidavit was subscribed and sworn to before me this 5th day of June, 2008, by D. Hayden Fisher.

  My commission expires: 2/28/2012.

                  /s/ Joell G. Finney
                  Joell G. Finney, Notary Public
                  State At Large, Kentucky