UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ALMA ENERGY, LLC                                              CASE NO. 07-70370

DEBTOR                                                            CHAPTER 11


**ORDER SUSTAINING MOTION TO ADMIT
D. HAYDEN FISHER, ESQ., PRO HAC VICE**


Upon review of the Motion to Admit D. Hayden Fisher *Pro Hac Vice*, the Court having

considered the Motion and being otherwise properly and sufficiently advised, it is hereby

ORDERED that:

D. Hayden Fisher, who is not admitted to practice law in the Commonwealth of

Kentucky, but is admitted to practice in Virginia, and is a member in good standing with all the

Bars to which he is admitted, be and hereby is authorized to practice law and represent the

interests of Pikeville Energy Group, LLC, in this matter, upon payment of the prescribed fee,

accompanied by a copy of this Order, to the Clerk of the U.S. District Court for the Eastern

District of Kentucky, P.O. Box 3074, Lexington, Kentucky 40588, pursuant to Rule 83.2 of the

Joint Local Rules for the United States District Courts for the Eastern and Western Districts of

Kentucky.

TENDERED BY:

/s/ Charles J. Lisle
Charles J. Lisle
CHARLES J. LISLE, PSC
401 West Main Street, Suite 313
Lexington, KY 40507
Telephone: (859) 252-6100
Facsimile: (859) 254-3383
Email address: cjlisle99@msn.com

Attorney for Pikeville Energy Group, LLC

**Pursuant to Local Rule 9022-1(c), Charles J. Lisle shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of this Order upon such parties within ten (10) days hereof.**