**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 07-70370 |
| | § | |
| ALMA ENERGY, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Phaedra Spradlin, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)        All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)        A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $1,875,642.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $135,269.02 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $447,341.47 | | |

3)        Total gross receipts of $1,207,625.38  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $625,014.89 (see **Exhibit 2),** yielded net receipts of $582,610.49 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $483,072.36 | $483,072.36 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $373,393.71 | $373,393.71 | $373,393.71 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $3,737,756.86 | $3,460,616.90 | $73,947.76 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $104,883.43 | $8,260.44 | $8,260.44 |
| General Unsecured Claims (from **Exhibit 7**) | $0.00 | $2,155,646.54 | $2,155,646.54 | $127,008.58 |
| **Total Disbursements** | $0.00 | $7,604,828.67 | $6,465,692.48 | $582,610.49 |

4).  This case was originally filed under chapter 0 on 08/13/2007. The case was converted to one under Chapter 7 on 05/20/2009. The case was pending for 75 months.

5).  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6).  An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>09/30/2015</u>          By:   <u>/s/ Phaedra Spradlin</u>
                                         Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**EXHIBITS TO**
**FINAL ACCOUNT**

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| leases, permits and equipment | 1180-002 | $1,125,000.00 |
| Interest Earned | 1270-000 | $314.81 |
| Bank Account | 1290-000 | $82,310.57 |
| **TOTAL GROSS RECEIPTS** | | $1,207,625.38 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| Milford Compton | Funds to Third Parties | 8500-002 | $250,003.08 |
| The Law Account of Stanton L. Cave PSC Escrow Account | Funds to Third Parties | 8500-002 | $375,011.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $625,014.89 |

## EXHIBIT 3 – SECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | KENTUCKY COAL VENTURE I, LLC | 4110-000 | $0.00 | $300,000.00 | $300,000.00 | $0.00 |
| 2 | KENTUCKY DEPARTMENT OF REVENUE | 4110-000 | $0.00 | $183,072.36 | $183,072.36 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $483,072.36 | $483,072.36 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Phaedra Spradlin, Trustee | 2100-000 | NA | $32,380.52 | $32,380.52 | $32,380.52 |
| Phaedra Spradlin, Trustee | 2200-000 | NA | $495.56 | $495.56 | $495.56 |
| Phaedra Spradlin | 2300-000 | NA | $490.71 | $490.71 | $490.71 |
| Martin County Coal | 2410-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |

| | | | | | |
|---|---|---|---|---|---|
| Guardco Security LLC | 2420-000 | NA | $2,024.40 | $2,024.40 | $2,024.40 |
| Guardco Security, LLC | 2420-000 | NA | $25,402.05 | $25,402.05 | $25,402.05 |
| Guardco Security,LLC | 2420-000 | NA | $2,024.40 | $2,024.40 | $2,024.40 |
| U.S. TRUSTEE | 2950-000 | NA | $2,494.29 | $2,494.29 | $2,494.29 |
| BSD1, LLC | 2990-000 | NA | $130,364.70 | $130,364.70 | $130,364.70 |
| Pocohontas Land | 2990-000 | NA | $12,500.00 | $12,500.00 | $12,500.00 |
| Greenbaum Doll & McDonald PLLC, Attorney for Trustee | 3210-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| Greenebaum Doll & McDonald, Attorney for Trustee | 3210-000 | NA | $32,234.25 | $32,234.25 | $32,234.25 |
| Greenebaum Doll & McDonald PLLC, Attorney for Trustee | 3210-000 | NA | $35,393.00 | $35,393.00 | $35,393.00 |
| Hon. Gregory Schaff, Attorney for Trustee | 3210-000 | NA | $44,262.00 | $44,262.00 | $44,262.00 |
| Greenebaum Doll & McDonald, Attorney for Trustee | 3220-000 | NA | $227.45 | $227.45 | $227.45 |
| Greenebaum Doll & McDonald PLLC, Attorney for Trustee | 3220-000 | NA | $501.45 | $501.45 | $501.45 |
| Hon. Gregory Schaff, Attorney for Trustee | 3220-000 | NA | $469.18 | $469.18 | $469.18 |
| Michael Mills, Addington & Mills, Accountant for Trustee | 3410-000 | NA | $1,269.00 | $1,269.00 | $1,269.00 |
| William D. Bishop, Consultant for Trustee | 3731-000 | NA | $37,360.75 | $37,360.75 | $37,360.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $373,393.71 | $373,393.71 | $373,393.71 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Fowler, Measel & Bell, Other Professional | 6700-000 | NA | $18,613.78 | $18,613.78 | $18,613.76 |
| AFR REPAIR | 6910-000 | NA | $31,345.00 | $31,345.00 | $0.00 |
| K&W METALS INC | 6910-000 | NA | $35,412.00 | $35,412.00 | $0.00 |
| KENTUCKY COAL VENTURE I, LLC | 6910-000 | NA | $707,804.47 | $707,804.47 | $0.00 |
| NATHAN WILLIAMS | 6910-000 | NA | $665,000.00 | $665,000.00 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| NATHAN'S WELDING, LLC | 6910-000 | NA | $1,569,162.50 | $1,569,162.50 | $0.00 |
| POND CREEK TRUCKING | 6910-000 | NA | $39,278.15 | $39,278.15 | $0.00 |
| RAMA DEVELOPMENT | 6910-000 | NA | $250,000.00 | $250,000.00 | $0.00 |
| SHARON FRANCIS | 6910-000 | NA | $72,000.00 | $72,000.00 | $0.00 |
| POCAHONTAS DEVELOPMENT CORPORATION | 6920-000 | NA | $118,570.48 | $16,667.00 | $0.00 |
| MARTIN COUNTY COAL, Other Prior Chapter Administrative | 6990-000 | NA | $90,000.00 | $16,667.00 | $16,667.00 |
| POCAHONTAS LAND CORPORATION, Other Prior Chapter Administrative | 6990-000 | NA | $118,570.48 | $16,667.00 | $16,667.00 |
| Steven D. Singleton c/o Richard Boydston, Other Prior Chapter Administrative | 6990-000 | NA | $22,000.00 | $22,000.00 | $22,000.00 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $3,737,756.86 | $3,460,616.90 | $73,947.76 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | INTERNAL REVENUE SERVICE | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | KENTUCKY DEPARTMENT OF REVENUE | 5800-000 | $0.00 | $104,883.43 | $8,260.44 | $8,260.44 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $104,883.43 | $8,260.44 | $8,260.44 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | CONSOL CAPITAL, LLC | 7100-000 | $0.00 | $112,488.80 | $112,488.80 | $7,721.81 |
| 5 | COAL TRADE LLC | 7100-000 | $0.00 | $59,945.14 | $59,945.14 | $4,114.94 |
| 6 | ROGERS PETROLEUM | 7100-000 | $0.00 | $11,027.76 | $11,027.76 | $757.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| | SERVICES, INC. | | | | | |
| 7 | AMERICAN ELECTRIC POWER | 7100-000 | $0.00 | $9,848.91 | $9,848.91 | $676.08 |
| 9 | APOGEE ENVIRONMENT AL CONSULTANTS INC | 7100-000 | $0.00 | $4,000.00 | $4,000.00 | $0.00 |
| 10 | THC Coal Venture LLC | 7100-000 | $0.00 | $174,809.37 | $174,809.37 | $0.00 |
| 11 | Warren Halle | 7100-000 | $0.00 | $143,898.89 | $143,898.89 | $0.00 |
| 12 | MARTIN COUNTY COAL | 7100-000 | $0.00 | $305,993.17 | $305,993.17 | $21,004.91 |
| 13 | WEST RIVER CONVEYORS & MACHINERY COMPANY | 7100-000 | $0.00 | $30,000.00 | $30,000.00 | $2,059.35 |
| 14 | JOE STREET | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $17,161.26 |
| 15 | J.B. ROULETT | 7100-000 | $0.00 | $250,000.00 | $250,000.00 | $17,161.26 |
| 25 | DALE FOARD | 7100-000 | $0.00 | $175,000.00 | $175,000.00 | $12,012.88 |
| 26 | ENVIRONMENT AL DESIGN | 7100-000 | $0.00 | $3,259.15 | $3,259.15 | $223.72 |
| 29 | KY DIV HIGHLAND MACHINERY CORP | 7100-000 | $0.00 | $54,000.00 | $54,000.00 | $3,706.83 |
| | Warren Halle | 7100-000 | $0.00 | $0.00 | $0.00 | $17,161.26 |
| 33 | Nathan Wiliams | 7200-000 | $0.00 | $250,000.00 | $250,000.00 | $0.00 |
| 34 | WARREN HALLE | 7100-000 | $0.00 | $143,898.89 | $143,898.89 | $9,877.95 |
| 35 | THC COAL VENTURE LLC | 7100-000 | $0.00 | $174,809.37 | $174,809.37 | $11,999.80 |
| 38 | FlatIron Capital | 7200-000 | $0.00 | $1,297.56 | $1,297.56 | $0.00 |
| | CLERK, U.S. BANKRUPTCY COURT | 7100-001 | $0.00 | $1,369.53 | $1,369.53 | $1,369.53 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $2,155,646.54 | $2,155,646.54 | $127,008.58 |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 07-70370 | | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | | Date Filed (f) or Converted (c): | 05/20/2009 (c) |
| For the Period Ending: | 9/30/2015 | | §341(a) Meeting Date: | 06/17/2009 |
| | | | Claims Bar Date: | 09/15/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| **Ref. #** | | | | | | |
| 1 | Bank Account                                        (u) | $0.00 | $82,305.01 | | $82,310.57 | FA |
| 2 | Security deposit with American Electric Power Company (amount of deposit estimated - may be affected by credits and offsets) | $25,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | gone due to Debtor's failure to pay electric bill prior to conversion | | | | | |
| 3 | Membership in Kentucky Coal Venture I LLC, | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | No value to estate | | | | | |
| 4 | Funds due from Kentucky Coal Venture I LLC and Warren E Halle affiliated entities - KCV I has information necessary to determine actual amount due. Estimated amount due is shown. | $94,000.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | not actually owed to estate | | | | | |
| 5 | Claim against Kentucky Coal Venture 1 LLC, Warren E. Halle, Kentucky Coal Venture 2 LLC, WKY Operations LLC, THC Kentucky Coal Venture LLC, Tony Gannacone III, Ken Adamson, and West Virginia Coal Venture I, LLC for fraudulent conveyance and preferential transfer. | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | Not valid claims; no value to estate | | | | | |
| 6 | Desks, chairs, lamps, computer, printer, copier/scanner, file drawers, and other misc. office equipment and supplies. | $1,200.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** | gone with the wind | | | | | |

# FORM 1

## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Exhibit 8

| Case No.: | 07-70370 | | Trustee Name: | Phaedra Spradlin |
| Case Name: | ALMA ENERGY, LLC | | Date Filed (f) or Converted (c): | 05/20/2009 (c) |
| For the Period Ending: | 9/30/2015 | | §341(a) Meeting Date: | 06/17/2009 |
| | | | Claims Bar Date: | 09/15/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 7 | List: Joy Cutting Machine Model 16RB Serial #18219 $50,000.00; Joy Cutting Machine Model 16RB Serial #17753 $50,000.00; Lee Norse Roof Boleter-Mine #1 Serial #90111 $40,000.00; Face Power Center-Mine #1 $45,000.00; Schroeder Face Drill Serial #280 $45,000.00; Long Air-Dox Face Drill TDF24B Serial #52-1313 $25,000.00; S&S Scoop Model 482-Mine #2 Serial #482-29194 $40,000.00; S&S Scoop Model 105A-Mine #2 Serial #SH105677-51 $40,000.00; S&S Scoop Model 482-Mine #2 Serial #482-1732 $40,000.00; S&S Scoop Model 482 $40,000.00; S&S Scoop Model 480 Serial #480-1051 $40,000.00; S&S Scoop Model 482 Serial #482-2078 $40,000.00; S&S Scoop Model 482 Serial #482-1910 $40,000.00: 11 sets new Scoop Batteries $66,000.00; 8 Scoop Chargers $16,000.00; L.L. Mac Three Wheeler-Mine #2 Serial #139 $5,000.00; Highland Feeder $15,000.00; Transformer Sub-Station Serial #6947 $100,000.00; 3 Transformer Sets 667 Serial #6946 $50,000.00; 3 Transformer Set 250 Serial #6949 $50,000.00; Sub-Station Complete 1000K VA Serial #3301 $60,000.00; Sub-Station Complete 1000K VA Serial #3553-01 $60,000.00; High Voltage Cable-Mine #2 $30,000.00; 5' Fan-Mine #2 $5,000; Joy Mfg. Fan 5' High Pressure Serial #SF9609 $50,000.00; 42' Stacker Belt 600' Long $50,000.00; 2000' | $1,755,300.00 | $0.00 | | $0.00 | FA |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Exhibit 8

| | | |
|---|---|---|
| Case No.: | 07-70370 | |
| Case Name: | ALMA ENERGY, LLC | |
| For the Period Ending: | 9/30/2015 | |

| | |
|---|---|
| Trustee Name: | Phaedra Spradlin |
| Date Filed (f) or Converted (c): | 05/20/2009 (c) |
| §341(a) Meeting Date: | 06/17/2009 |
| Claims Bar Date: | 09/15/2009 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| Underground Belt $50,000.00; 5' X 14' Tabor Vibe Rating Screen $1,000.00; 300 TPH Stoker Plant Model on Trailer $50,000.00; 30 X 40 Shop Building $20,000.00; 4 Personal Buggies, 3 4-Wheelers. 1 3-Wheeler $32,000.00; 1 3-Wheeler $2,000.00; Mine Office (1 12 X 60 Trailer, 1 8 X 40 Trailer) $2,000.00; Coal Bins - 1 Raw Coal, 1 Stoker Coal w/Concrete Floor $25,000.00; Caterpillar 980B Rubber Tire Loader Serial #89P2127 $30,000.00; Caterpillar 988A Rubber Tire Loader Serial #87A-8551 $30,000.00; Caterpillar 25DB Off Highway Road Truck S#25DB5051 $30,000.00; Caterpillar 33DB Off Highway Road Truck S#33DB-3108 $30,000.00; Caterpillar D9H Dozer Serial #90V7729 $50,000.00; Johnson Tailpiece $15,000.00; Lee Norse Root Bolter - Mine #2 $40,000.00; Belt Structure - additiona 3000' $100,000.00; Waterline, pumps, valves $50,000.00; 10 Self Rescuers $6,000.00; Medical/Safety kits $4,000.00; Office trailer, approx 70' x 20' $4,500.00; Small bldg adjacent to office trailer $800.00; Parts trailer behind office trailer $500.00; 2000 KVA substation $25,000.00; Stacker belt - 275 ft 75 hp motor $5,000.00; Powder magazines $500.00; Misc. parts, supplies, equipment, tools $60,000.00 | | | | | |
| **Asset Notes:** equipment either stolen by the Williams, never existed, not owned by Alma or encumbered | | | | | |
| 8 Contract right to operate Kentucky and West Virginia coal projects | $0.00 | $0.00 | | $0.00 | FA |
| **Asset Notes:** lost pursuant to agreed judgment in adversary | | | | | |

# FORM 1
## INDIVIDUAL DEBTOR CHAPTER 11 REPORT
Document   Page 10 of 22
### ASSET CASES

| Case No.: | 07-70370 | Trustee Name: | Phaedra Spradlin |
| Case Name: | ALMA ENERGY, LLC | Date Filed (f) or Converted (c): | 05/20/2009 (c) |
| For the Period Ending: | 9/30/2015 | §341(a) Meeting Date: | 06/17/2009 |
| | | Claims Bar Date: | 09/15/2009 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| | Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 9 | leases, permits and equipment (u) | Unknown | $1,125,000.00 | | $1,125,000.00 | FA |
| **Asset Notes:** | sold to Halle per order of court for $500,000.00; $375,000.00 returned to Bill Deatherage; $250,000.00 returned to Cumpton | | | | | |
| 10 | Debtor-in-Possession checking account, Community Trust Bank, 346 North Mayo Trail, Pikeville, Ky. [Account was left open from previous case and was updated to reflect new case number] Balance on August 13 is approximate given outstanding checks. No funds in account for Chapter 7 Trustee | $142.00 | $0.00 | | $0.00 | FA |
| 11 | Adversary Procceding in which estate will receive funds if plaintiff prevails in adversary (u) | $0.00 | $0.00 | | $0.00 | FA |
| INT | Interest Earned (u) | Unknown | Unknown | | $314.81 | FA |

| | | | | | Gross Value of Remaining Assets | |
| TOTALS (Excluding unknown value) | $3,630,942.00 | $1,207,305.01 | | $1,207,625.38 | $0.00 |

---

**Major Activities affecting case closing:**

04/22/2015   Case tried in Pike Circuit; now on appeal.

04/07/2014   Case being held open due to adversary proceeding.  If plaintiff wins adversary proceeding then estate will receive more funds.  Trial is set for June, 2014 in Pike Circuit Court.

Initial Projected Date Of Final Report (TFR):

Current Projected Date Of Final Report (TFR):   12/31/2010

/s/ PHAEDRA SPRADLIN

PHAEDRA SPRADLIN

**FORM 2**
Page No:1
Case 07-70370-jl    Doc 994    Filed 10/01/15    Entered 10/01/15 18:12:30    Desc Main
**CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document    Page 11 of 22
Exhibit 9

| Case No. | 07-70370 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Certificate of Deposits Acct #: | ******3487 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/16/2010 | | Transfer From Acct#******0370 | Transfer funds into certificate of deposit | 9999-000 | $285,674.14 | | $285,674.14 |
| 06/16/2010 | | Transfer From Acct#******0370 | Transfer from money market into certificate of deposit | 9999-000 | $25,000.00 | | $310,674.14 |
| 07/10/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $38.30 | | $310,712.44 |
| 08/09/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $38.30 | | $310,750.74 |
| 08/24/2010 | | Transfer To Acct#******0370 | pay attorney fees & expenses per order dated 8/6/2010 | 9999-000 | | $35,894.45 | $274,856.29 |
| 08/30/2010 | | Transfer To Acct#******0370 | to pay Steven Singleton; he did not cash check dated 6/16/2010 and now wants new check issued; paid per order dated 5/27/2010 | 9999-000 | | $22,000.00 | $252,856.29 |
| 09/08/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $11.81 | | $252,868.10 |
| 10/08/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $10.39 | | $252,878.49 |
| 11/07/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $10.39 | | $252,888.88 |
| 12/07/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $10.39 | | $252,899.27 |
| 12/16/2010 | | Transfer To Acct#******0370 | transfer to pay Pocahontas Land Corp and Martin County Coal per order dated 10/30/2009 | 9999-000 | | $33,334.00 | $219,565.27 |
| 12/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 12/29/2010 | 1270-000 | $7.02 | | $219,572.29 |
| 12/29/2010 | | Transfer To: # ******0370 | Transfer to Close Account | 9999-000 | | $219,572.29 | $0.00 |

|  | | | **TOTALS:** | | $310,800.74 | $310,800.74 | $0.00 |
|---|---|---|---|---|---|---|---|
| | | | **Less: Bank transfers/CDs** | | $310,674.14 | $310,800.74 | |
| | | | **Subtotal** | | $126.60 | $0.00 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $126.60 | $0.00 | |

| For the period of 8/13/2007 to 9/30/2015 | | For the entire history of the account between 06/16/2010 to 9/30/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $126.60 | Total Compensable Receipts: | $126.60 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $126.60 | Total Comp/Non Comp Receipts: | $126.60 |
| Total Internal/Transfer Receipts: | $310,674.14 | Total Internal/Transfer Receipts: | $310,674.14 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $0.00 | Total Comp/Non Comp Disbursements: | $0.00 |
| Total Internal/Transfer Disbursements: | $310,800.74 | Total Internal/Transfer Disbursements: | $310,800.74 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| Case No. | 07-70370 | | | Trustee Name: | | Phaedra Spradlin |
| Case Name: | ALMA ENERGY, LLC | | | Bank Name: | | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | | | Checking Acct #: | | ******0370 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | | |
| For Period Beginning: | 8/13/2007 | | | Blanket bond (per case limit): | | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | | | Separate bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/23/2009 | | Transfer From Acct#******0370 | to pay Guardco | 9999-000 | $6,100.00 | | $6,100.00 |
| 10/23/2009 | 1000 | Guardco Security, LLC | Invoice Number 484; 10-5-09; paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $4,075.60 |
| 10/23/2009 | 1001 | Guardco Security, LLC | invoice number 486; 10-09-09; paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $2,051.20 |
| 10/23/2009 | 1002 | Guardco Security, LLC | invoice number 496; 10-19-2009; paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $26.80 |
| 10/28/2009 | | Transfer From Acct#******0370 | to pay Guardco | 9999-000 | $4,050.00 | | $4,076.80 |
| 10/28/2009 | 1003 | Guardco Security, LLC | Invoice Number 435 per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $2,052.40 |
| 10/28/2009 | 1004 | Guardco Security, LLC | to pay for security at mine per order dated 8/24/2009; Inv Nmber 498 | 2420-000 | | $2,024.40 | $28.00 |
| 11/17/2009 | | Transfer From Acct#******0370 | to pay accountant and Guardco | 9999-000 | $4,402.65 | | $4,430.65 |
| 11/17/2009 | 1005 | Michael Mills, Addington & Mills | accountant fees paid per order dated 11/13/2009 | 3410-000 | | $1,269.00 | $3,161.65 |
| 11/17/2009 | 1006 | Guardco Security, LLC | paid per order dated 8/24/2009; Invoice # 508 | 2420-000 | | $3,133.65 | $28.00 |
| 08/24/2010 | | Transfer From Acct#**3487 | pay attorney fees & expenses per order dated 8/6/2010 | 9999-000 | $35,894.45 | | $35,922.45 |
| 08/24/2010 | 1007 | Greenebaum Doll & McDonald PLLC | paid per order of Court dated 8/6/2010 | 3210-000 | | $35,393.00 | $529.45 |
| 08/24/2010 | 1008 | Greenebaum Doll & McDonald PLLC | paid per order dated 8/6/2010 | 3220-000 | | $501.45 | $28.00 |
| 12/29/2010 | | Transfer From: # **3487 | Transfer to Close Account | 9999-000 | $219,572.29 | | $219,600.29 |
| 12/29/2010 | | Transfer From: Halle # ******0370 | Transfer to Close Account | 9999-000 | $1,586.83 | | $221,187.12 |
| 12/29/2010 | 1009 | Greenebaum Doll & McDonald | paid per order dated 12/29/2010 | 3210-000 | | $32,234.25 | $188,952.87 |
| 12/29/2010 | 1010 | Greenebaum Doll & McDonald | paid per order of court dated 12/29/2010 | 3220-000 | | $227.45 | $188,725.42 |
| 01/24/2011 | | Transfer From: # ******0370 | Transfer to Close Account | 9999-000 | $7,913.97 | | $196,639.39 |
| 01/24/2011 | 1011 | Greenbaum Doll & McDonald PLLC | final fees paid per order dated 12/29/2010 | 3210-000 | | $1,000.00 | $195,639.39 |
| 04/12/2011 | 1012 | Phaedra Spradlin | Trustee Compensation | 2100-000 | | $32,380.52 | $163,258.87 |
| 04/12/2011 | 1013 | Phaedra Spradlin | Trustee Expenses | 2200-000 | | $495.56 | $162,763.31 |
| 04/12/2011 | 1014 | U.S. TRUSTEE | Final Claim #: 28; Amount Claimed: 2,494.29; Dividend: 1.27; | 2950-000 | | $2,494.29 | $160,269.02 |
| 04/12/2011 | 1015 | OFFICE OF SURFACE MINING | Final Claim #: 38; Amount Claimed: 1,369.53; Dividend: 0.70; | 2990-003 | | $1,369.53 | $158,899.49 |
| | | | **SUBTOTALS** | | $279,520.19 | $120,620.70 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-70370 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Checking Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/12/2011 | 1016 | Pocohontas Land | Final Claim #: 8; Amount Claimed: 12,500.00; Dividend: 6.38; | 2990-000 | | $12,500.00 | $146,399.49 |
| 04/12/2011 | 1017 | Martin County Coal | Final Claim #: 12; Amount Claimed: 12,500.00; Dividend: 6.38; | 2410-000 | | $12,500.00 | $133,899.49 |
| 04/12/2011 | 1018 | KENTUCKY DEPARTMENT OF | Final Claim #: 30; Amount Claimed: 104,883.43; Dividend: 4.22; | 5800-000 | | $8,260.44 | $125,639.05 |
| 04/12/2011 | 1019 | CONSOL CAPITAL, LLC | Final Claim #: 3; Amount Claimed: 112,488.80; Dividend: 3.94; | 7100-000 | | $7,721.81 | $117,917.24 |
| 04/12/2011 | 1020 | COAL TRADE LLC | Final Claim #: 5; Amount Claimed: 59,945.14; Dividend: 2.10; | 7100-000 | | $4,114.94 | $113,802.30 |
| 04/12/2011 | 1021 | ROGERS PETROLEUM SERVICES, INC. | Final Claim #: 6; Amount Claimed: 11,027.76; Dividend: 0.38; | 7100-000 | | $757.00 | $113,045.30 |
| 04/12/2011 | 1022 | AMERICAN ELECTRIC POWER | Final Claim #: 7; Amount Claimed: 9,848.91; Dividend: 0.34; | 7100-000 | | $676.08 | $112,369.22 |
| 04/12/2011 | 1023 | THC COAL VENTURE LLC | Final Claim #: 35; Amount Claimed: 174,809.37; Dividend: 6.13; | 7100-000 | | $11,999.80 | $100,369.42 |
| 04/12/2011 | 1024 | WARREN HALLE | Final Claim #: 34; Amount Claimed: 143,898.89; Dividend: 5.04; | 7100-000 | | $9,877.95 | $90,491.47 |
| 04/12/2011 | 1025 | MARTIN COUNTY COAL | Final Claim #: 12; Amount Claimed: 305,993.17; Dividend: 10.73; | 7100-000 | | $21,004.91 | $69,486.56 |
| 04/12/2011 | 1026 | WEST RIVER CONVEYORS & | Final Claim #: 13; Amount Claimed: 30,000.00; Dividend: 1.05; | 7100-000 | | $2,059.35 | $67,427.21 |
| 04/12/2011 | 1027 | JOE STREET | Final Claim #: 14; Amount Claimed: 250,000.00; Dividend: 8.77; | 7100-000 | | $17,161.26 | $50,265.95 |
| 04/12/2011 | 1028 | J.B. ROULETT | Final Claim #: 15; Amount Claimed: 250,000.00; Dividend: 8.77; | 7100-000 | | $17,161.26 | $33,104.69 |
| 04/12/2011 | 1029 | DALE FOARD | Final Claim #: 25; Amount Claimed: 175,000.00; Dividend: 6.14; | 7100-000 | | $12,012.88 | $21,091.81 |
| 04/12/2011 | 1030 | ENVIRONMENTAL DESIGN | Final Claim #: 26; Amount Claimed: 3,259.15; Dividend: 0.11; | 7100-000 | | $223.72 | $20,868.09 |
| 04/12/2011 | 1031 | KY DIV HIGHLAND MACHINERY CORP | Final Claim #: 29; Amount Claimed: 54,000.00; Dividend: 1.89; | 7100-000 | | $3,706.83 | $17,161.26 |
| 04/12/2011 | 1032 | Warren Halle | Final Claim #: 33; Amount Claimed: 250,000.00; Dividend: 8.77; | 7100-000 | | $17,161.26 | $0.00 |
| 06/21/2011 | 1015 | STOP: OFFICE OF SURFACE MINING | check not cashed; paid to Treasury Registry | 2990-000 | | ($1,369.53) | $1,369.53 |
| 06/21/2011 | 1033 | CLERK, U.S. BANKRUPTCY COURT | paid per order of court dated June 1, 2011; claim 38 of Office of Surface Mining | 7100-001 | | $1,369.53 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $158,899.49 |
|---|---|---|---|---|---|---|

Exhibit 9
Page No:4

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | 07-70370 | | | | **Trustee Name:** | | Phaedra Spradlin |
| **Case Name:** | ALMA ENERGY, LLC | | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***5286 | | | | **Checking Acct #:** | | ******0370 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | |
| **For Period Beginning:** | 8/13/2007 | | | | **Blanket bond (per case limit):** | | $11,000,000.00 |
| **For Period Ending:** | 9/30/2015 | | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | **TOTALS:** | | | $279,520.19 | $279,520.19 | $0.00 |
| | | **Less: Bank transfers/CDs** | | | $279,520.19 | $0.00 | |
| | | **Subtotal** | | | $0.00 | $279,520.19 | |
| | | **Less: Payments to debtors** | | | $0.00 | $0.00 | |
| | | **Net** | | | $0.00 | $279,520.19 | |

**For the period of 8/13/2007 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $279,520.19 |
| | |
| Total Compensable Disbursements: | $279,520.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279,520.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/23/2009 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $0.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $0.00 |
| Total Internal/Transfer Receipts: | $279,520.19 |
| | |
| Total Compensable Disbursements: | $279,520.19 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $279,520.19 |
| Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 07-70370 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 06/08/2009 | (1) | Jeff Jones Trustee, In Bankruptcy, for Alma | funds from Chapter 11 bank account | 1290-000 | $82,305.01 | | $82,305.01 |
| 06/08/2009 | (1) | Jones, Pack & Associates, PSC | Funds from accountant escrow account | 1290-000 | $5.56 | | $82,310.57 |
| 06/30/2009 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $2.14 | | $82,312.71 |
| 07/07/2009 | 2000 | Phaedra Spradlin | bond reimbursement per order dated 7/6/2009 | 2300-000 | | $73.53 | $82,239.18 |
| 07/31/2009 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $3.49 | | $82,242.67 |
| 08/24/2009 | 2001 | Guardco Security, LLC | paid per court order entered 8/24/2009; Invoice No. 448 | 2420-000 | | $2,024.40 | $80,218.27 |
| 08/24/2009 | 2002 | Guardco Security, LLC | paid per order of court dated 8/24/2009; Inv No. 447 | 2420-000 | | $2,024.40 | $78,193.87 |
| 08/24/2009 | 2003 | Guardco Security, LLC | paid per order of court dated 8/24/2009; inv no 436 | 2420-000 | | $2,024.40 | $76,169.47 |
| 08/31/2009 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $3.45 | | $76,172.92 |
| 09/03/2009 | 2004 | Guardco Security, LLC | Invoice # 449; paid order of court dated 8/24/2009 | 2420-000 | | $2,024.40 | $74,148.52 |
| 09/18/2009 | 2005 | Guardco Security,LLC | Inv No. 460; paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $72,124.12 |
| 09/18/2009 | 2006 | Guardco Security, LLC | Invoice No. 461; paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $70,099.72 |
| 09/18/2009 | 2007 | Guardco Security, LLC | INvoice No. 472, paid per order dated 8/24/2009 | 2420-000 | | $2,024.40 | $68,075.32 |
| 09/29/2009 | 2008 | Guardco Security LLC | Invoice # 476; paid per order of court dated 8/24/2009 | 2420-000 | | $2,024.40 | $66,050.92 |
| 09/30/2009 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $3.00 | | $66,053.92 |
| 10/23/2009 | | Transfer To Acct#******0370 | to pay Guardco | 9999-000 | | $6,100.00 | $59,953.92 |
| 10/28/2009 | | Transfer To Acct#******0370 | to pay Guardco | 9999-000 | | $4,050.00 | $55,903.92 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.72 | | $55,906.64 |
| 11/17/2009 | | Transfer To Acct#******0370 | to pay accountant and Guardco | 9999-000 | | $4,402.65 | $51,503.99 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $2.21 | | $51,506.20 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $2.19 | | $51,508.39 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $2.19 | | $51,510.58 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $1.98 | | $51,512.56 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $2.19 | | $51,514.75 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $2.12 | | $51,516.87 |

|  |  |  |  | SUBTOTALS | $82,338.25 | $30,821.38 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-70370 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/27/2010 | 2009 | Steven D. Singleton | voided check 11/16/2010; shows as cashed on Form 2, page 4, third entry on bottom;  error corrected on November 16, 2010; Form 2, page 5, 8th entry from top funds credited back into account. | 6990-000 | | $22,000.00 | $29,516.87 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $2.19 | | $29,519.06 |
| 06/16/2010 | | Transfer To Acct#**3487 | Transfer into certificate of deposit | 9999-000 | | $25,000.00 | $4,519.06 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $1.40 | | $4,520.46 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $1.13 | | $4,521.59 |
| 08/30/2010 | | Transfer From Acct#**3487 | to pay Steven Singleton; he did not cash check dated 6/16/2010 and now wants new check issued | 9999-000 | $22,000.00 | | $26,521.59 |
| 08/30/2010 | 2010 | Steven D. Singleton | paid per order dated 5/27/2010 | 6990-000 | | $22,000.00 | $4,521.59 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $1.19 | | $4,522.78 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $1.12 | | $4,523.90 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $1.13 | | $4,525.03 |
| 11/16/2010 | 2009 | VOID: Steven D. Singleton | issued 6/16/2010 per order dated 5/27/2010; check not cashed;voided; reissued as check #2010 dated 8/30/2010 | 6990-003 | | ($22,000.00) | $26,525.03 |
| 11/19/2010 | 2011 | Fowler Measle & Bell PLLC | paid per order of court dated 11/14/2008; doc # 445 | 6700-000 | | $18,613.76 | $7,911.27 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.91 | | $7,912.18 |
| 12/16/2010 | | Transfer From Acct#**3487 | transfer to pay Pocahontas Land Corp and Martin County Coal per order dated 10/30/2009 | 9999-000 | $33,334.00 | | $41,246.18 |
| 12/16/2010 | 2012 | POCAHONTAS LAND CORPORATION | paid per order dated 10/30/09 | 6990-000 | | $16,667.00 | $24,579.18 |
| 12/16/2010 | 2013 | MARTIN COUNTY COAL | paid per order dated 10/30/2009 | 6990-000 | | $16,667.00 | $7,912.18 |
| 12/31/2010 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $1.02 | | $7,913.20 |
| 01/24/2011 | (INT) | Sterling Bank | Account Closing Interest As Of 1/24/2011 | 1270-000 | $0.77 | | $7,913.97 |
| 01/24/2011 | | Transfer To:  # ******0370 | Transfer to Close Account | 9999-000 | | $7,913.97 | $0.00 |

| | | | SUBTOTALS | | $55,344.86 | $106,861.73 | |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case No.** | 07-70370 | | | **Trustee Name:** | | Phaedra Spradlin |
| **Case Name:** | ALMA ENERGY, LLC | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | **-***5286 | | | **Money Market Acct #:** | | ******0370 |
| **Co-Debtor Taxpayer ID #:** | | | | **Account Title:** | | |
| **For Period Beginning:** | 8/13/2007 | | | **Blanket bond (per case limit):** | | $11,000,000.00 |
| **For Period Ending:** | 9/30/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| | | | **TOTALS:** | | $137,683.11 | $137,683.11 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $55,334.00 | $47,466.62 | |
| | | | **Subtotal** | | $82,349.11 | $90,216.49 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $82,349.11 | $90,216.49 | |

**For the period of 8/13/2007 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $82,349.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,349.11 |
| Total Internal/Transfer Receipts: | $55,334.00 |
| | |
| Total Compensable Disbursements: | $90,216.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,216.49 |
| Total Internal/Transfer Disbursements: | $47,466.62 |

**For the entire history of the account between 06/08/2009 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $82,349.11 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $82,349.11 |
| Total Internal/Transfer Receipts: | $55,334.00 |
| | |
| Total Compensable Disbursements: | $90,216.49 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $90,216.49 |
| Total Internal/Transfer Disbursements: | $47,466.62 |

Page No 8

Case 07-70370-jl    Doc 994    Filed 10/01/15    Entered 10/01/15 18:12:30    Desc Main

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document    Page 18 of 22

Exhibit 9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| **Case No.** | | 07-70370 | | | **Trustee Name:** | | Phaedra Spradlin |
| **Case Name:** | | ALMA ENERGY, LLC | | | **Bank Name:** | | Sterling Bank |
| **Primary Taxpayer ID #:** | | **-***5286 | | | **Money Market Acct #:** | | ******0370 |
| **Co-Debtor Taxpayer ID #:** | | | | | **Account Title:** | | Deatherage Account |
| **For Period Beginning:** | | 8/13/2007 | | | **Blanket bond (per case limit):** | | $11,000,000.00 |
| **For Period Ending:** | | 9/30/2015 | | | **Separate bond (if applicable):** | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |
| 10/16/2009 | (9) | Twin Energies (Bill Deatherage) | "Good Faith" Deposit in order to bid on leases, etc. paid per order dated 10/14/2009; Doc. #813 | 1180-002 | $375,000.00 | | $375,000.00 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $5.65 | | $375,005.65 |
| 11/18/2009 | (INT) | Sterling Bank | Interest Accrued | 1270-000 | $6.16 | | $375,011.81 |
| 11/18/2009 | | The Law Account of Stanton L. Cave PSC | wire transfer refund of good faith deposit plus interest accrued; ttransfer occurred 11/13/2009;transfer per order dated 10/14/2009; doc # 813 | 8500-002 | | $375,011.81 | $0.00 |

| | | | | | |
|---|---|---|---|---|---|
| | | **TOTALS:** | $375,011.81 | $375,011.81 | $0.00 |
| | | **Less: Bank transfers/CDs** | $0.00 | $0.00 | |
| | | **Subtotal** | $375,011.81 | $375,011.81 | |
| | | **Less: Payments to debtors** | $0.00 | $0.00 | |
| | | **Net** | $375,011.81 | $375,011.81 | |

| | | | |
|---|---|---|---|
| **For the period of 8/13/2007 to 9/30/2015** | | **For the entire history of the account between 10/16/2009 to 9/30/2015** | |
| Total Compensable Receipts: | $11.81 | Total Compensable Receipts: | $11.81 |
| Total Non-Compensable Receipts: | $375,000.00 | Total Non-Compensable Receipts: | $375,000.00 |
| Total Comp/Non Comp Receipts: | $375,011.81 | Total Comp/Non Comp Receipts: | $375,011.81 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $375,011.81 | Total Non-Compensable Disbursements: | $375,011.81 |
| Total Comp/Non Comp Disbursements: | $375,011.81 | Total Comp/Non Comp Disbursements: | $375,011.81 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No. | 07-70370 | | | Trustee Name: | Phaedra Spradlin |
| Case Name: | ALMA ENERGY, LLC | | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | | | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Compton |
| For Period Beginning: | 8/13/2007 | | | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/21/2009 | (9) | Milford Compton | Partial payment of "good faith" funds deposited in order to bid on assets; paid per order dated 10/14/2009, Doc. #813 | 1180-002 | $250,000.00 | | $250,000.00 |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $3.08 | | $250,003.08 |
| 11/02/2009 | (9) | THC KY Coal Venture I, LLC | sold per order dated 10/30/2009 | 1129-000 | $500,000.00 | | $750,003.08 |
| 11/02/2009 | (9) | DEP REVERSE: THC KY Coal Venture I, LLC | funds deposited into wrong account | 1129-000 | ($500,000.00) | | $250,003.08 |
| 11/14/2009 | | Milford Compton | Good faith deposit returned per order of court dated 10/14/2009; Doc # 813 | 8500-002 | | $250,003.08 | $0.00 |
| | | | TOTALS: | | $250,003.08 | $250,003.08 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $250,003.08 | $250,003.08 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | Net | | $250,003.08 | $250,003.08 | |

**For the period of  8/13/2007 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3.08 |
| Total Non-Compensable Receipts: | $250,000.00 |
| Total Comp/Non Comp Receipts: | $250,003.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $250,003.08 |
| Total Comp/Non Comp  Disbursements: | $250,003.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

**For the entire history of the account between 10/21/2009 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $3.08 |
| Total Non-Compensable Receipts: | $250,000.00 |
| Total Comp/Non Comp Receipts: | $250,003.08 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $250,003.08 |
| Total Comp/Non Comp  Disbursements: | $250,003.08 |
| Total Internal/Transfer  Disbursements: | $0.00 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-70370 | | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Halle |
| For Period Beginning: | 8/13/2007 | | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/30/2009 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $2.05 | | $2.05 |
| 11/02/2009 | (9) | THC KY Coal Venture I, LLC | sold per order of court dated 10/30/2009 | 1129-000 | $500,000.00 | | $500,002.05 |
| 11/30/2009 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $30.82 | | $500,032.87 |
| 12/16/2009 | 4000 | Hon. Gregory Schaff | Attorney fees per order dated 12/15/2009 | 3210-000 | | $44,262.00 | $455,770.87 |
| 12/16/2009 | 4001 | Hon. Gregory Schaff | Attorney expenses per order dated 12/15/2009 | 3220-000 | | $469.18 | $455,301.69 |
| 12/16/2009 | 4002 | BSD1, LLC | Super Priority Administrative Claim paid per order dated 12/07/2009; Doc.# 885 | 2990-000 | | $130,364.70 | $324,936.99 |
| 12/31/2009 | (INT) | Sterling Bank | Interest Earned For December | 1270-000 | $30.93 | | $324,967.92 |
| 01/29/2010 | (INT) | Sterling Bank | Interest Earned For January | 1270-000 | $19.69 | | $324,987.61 |
| 01/29/2010 | 4003 | William D. Bishop | paid consultant per order dated 1/20/2010 | 3731-000 | | $37,170.00 | $287,817.61 |
| 01/29/2010 | 4004 | William D. Bishop | paid consultant expenses per order dated 1/20/2010 | 3731-000 | | $190.75 | $287,626.86 |
| 02/26/2010 | (INT) | Sterling Bank | Interest Earned For February | 1270-000 | $11.03 | | $287,637.89 |
| 03/31/2010 | (INT) | Sterling Bank | Interest Earned For March | 1270-000 | $12.21 | | $287,650.10 |
| 04/30/2010 | (INT) | Sterling Bank | Interest Earned For April | 1270-000 | $11.82 | | $287,661.92 |
| 05/28/2010 | (INT) | Sterling Bank | Interest Earned For May | 1270-000 | $12.22 | | $287,674.14 |
| 06/16/2010 | | Transfer To Acct#**3487 | to Certificate of Deposit | 9999-000 | | $285,674.14 | $2,000.00 |
| 06/30/2010 | (INT) | Sterling Bank | Interest Earned For June | 1270-000 | $3.60 | | $2,003.60 |
| 07/11/2010 | 4005 | Phaedra Spradlin | Trustee Bond  Reimbursement; paid per order dated 7/9/2010; Doc. # 954 | 2300-000 | | $417.18 | $1,586.42 |
| 07/30/2010 | (INT) | Sterling Bank | Interest Earned For July | 1270-000 | $0.07 | | $1,586.49 |
| 08/31/2010 | (INT) | Sterling Bank | Interest Earned For August | 1270-000 | $0.07 | | $1,586.56 |
| 09/30/2010 | (INT) | Sterling Bank | Interest Earned For September | 1270-000 | $0.07 | | $1,586.63 |
| 10/29/2010 | (INT) | Sterling Bank | Interest Earned For October | 1270-000 | $0.07 | | $1,586.70 |
| 11/30/2010 | (INT) | Sterling Bank | Interest Earned For November | 1270-000 | $0.07 | | $1,586.77 |
| 12/29/2010 | (INT) | Sterling Bank | Account Closing Interest As Of 12/29/2010 | 1270-000 | $0.06 | | $1,586.83 |
| 12/29/2010 | | Transfer To:  # ******0370 | Transfer to Close Account | 9999-000 | | $1,586.83 | $0.00 |

| | | | | SUBTOTALS | $500,134.78 | $500,134.78 | |

FORM 2

Case 07-70370-jl    Doc 994    Filed 10/01/15    Entered 10/01/15 18:12:30    Desc Main

CASH RECEIPTS AND DISBURSEMENTS RECORD

Document    Page 21 of 22

Page No: 1

Exhibit 9

| Case No. | 07-70370 | Trustee Name: | Phaedra Spradlin |
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Halle |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $500,134.78 | $500,134.78 | $0.00 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $287,260.97 | |
| | | | **Subtotal** | | $500,134.78 | $212,873.81 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $500,134.78 | $212,873.81 | |

**For the period of 8/13/2007 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $500,134.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,134.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $212,873.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,873.81 |
| Total Internal/Transfer Disbursements: | $287,260.97 |

**For the entire history of the account between 10/29/2009 to 9/30/2015**

| | |
|---|---|
| Total Compensable Receipts: | $500,134.78 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $500,134.78 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $212,873.81 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $212,873.81 |
| Total Internal/Transfer Disbursements: | $287,260.97 |

# FORM 2

## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 07-70370 | Trustee Name: | Phaedra Spradlin |
|---|---|---|---|
| Case Name: | ALMA ENERGY, LLC | Bank Name: | Sterling Bank |
| Primary Taxpayer ID #: | **-***5286 | Money Market Acct #: | ******0370 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Halle |
| For Period Beginning: | 8/13/2007 | Blanket bond (per case limit): | $11,000,000.00 |
| For Period Ending: | 9/30/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
| | | $1,207,625.38 | $1,207,625.38 | $0.00 |

**For the period of 8/13/2007 to 9/30/2015**

| Total Compensable Receipts: | $582,625.38 |
|---|---|
| Total Non-Compensable Receipts: | $625,000.00 |
| Total Comp/Non Comp Receipts: | $1,207,625.38 |
| Total Internal/Transfer Receipts: | $645,528.33 |
| | |
| Total Compensable Disbursements: | $582,610.49 |
| Total Non-Compensable Disbursements: | $625,014.89 |
| Total Comp/Non Comp Disbursements: | $1,207,625.38 |
| Total Internal/Transfer Disbursements: | $645,528.33 |

**For the entire history of the case between 05/20/2009 to 9/30/2015**

| Total Compensable Receipts: | $582,625.38 |
|---|---|
| Total Non-Compensable Receipts: | $625,000.00 |
| Total Comp/Non Comp Receipts: | $1,207,625.38 |
| Total Internal/Transfer Receipts: | $645,528.33 |
| | |
| Total Compensable Disbursements: | $582,610.49 |
| Total Non-Compensable Disbursements: | $625,014.89 |
| Total Comp/Non Comp Disbursements: | $1,207,625.38 |
| Total Internal/Transfer Disbursements: | $645,528.33 |